Plaintiff: **Sarah Lee Cummings,**
SairaRook@gmail.com
(408)440-9484
1442 Pomona Ave, San Jose CA 95110

Plaintiff, **Luciano Rosales**
428 S King Rd
San Jose Ca 95116
408-771-2089
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Mariena Acosta
Columbus Park
San Jose General Delivery 95116-9999
669-243-7869
mrsgeeluv@gmail.com

Plaintiff : Dulce Chavez
Columbus Park
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Rosemarie Estrada Pineda
634 Lewis Rd, San Jose 95121
669-331-8665
GuadalupeGardenCommunity@yahoo.com

Patricia Gonzales
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Anthony Garza
San Jose General Delivery 95116-9999
669-301-9151
Antgee283@gmail.com

Plaintiff : Elijah Cantu
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
669-230-9269

Plaintiff : Bruce Mims
San Jose General Delivery 95116-9999
Nefarious88@gmail.com

Plaintiff : Ryan Hope
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Gabriella Aguirre
2726 Millbrae Way
San Jose CA 95121
Jeweledmoon1@gmail.com

Plaintiff : Miguel Cruz Najera
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff :Gregory Blackwell
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
408-768-3694

Plaintiff : Nichole Schlosser
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

408-413-7135

Plaintiff : Julio Cesar Magana Gonzales
195 East San Fernando Street
San Jose CA 95121
408-767-3884
Mr.Gancito@gmail.com

SAMUEL ROBINSON

DONALD EGER

FILED

NOV 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

C22-07481

BLF

**United States Court**

**District of Northern California**

Plaintiff: **Sarah Lee Cummings,**
SairaRook@gmail.com
(408)440-9484
1442 Pomona Ave, San Jose CA 95110

Plaintiff, **Luciano Rosales**
428 S King Rd
San Jose Ca 95116
408-771-2089
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Mariena Acosta
Columbus Park
San Jose General Delivery 95116-9999
669-243-7869
mrsgeeluv@gmail.com

Plaintiff : Dulce Chavez
Columbus Park
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Rosemarie Estrada Pineda
634 Lewis Rd, San Jose 95121
669-331-8665
GuadalupeGardenCommunity@yahoo.com

Patricia Gonzales
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Anthony Garza
San Jose General Delivery 95116-9999
669-301-9151
Antgee283@gmail.com

Plaintiff : Elijah Cantu
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
669-230-9269

Plaintiff : Bruce Mims
San Jose General Delivery 95116-9999
Nefarious88@gmail.com

Plaintiff : Ryan Hope
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Gabriella Aguirre
2726 Millbrae Way
San Jose CA 95121
Jeweledmoon1@gmail.com

Plaintiff : Miguel Cruz Najera
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff :Gregory Blackwell
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
408-768-3694

Plaintiff : Nichole Schlosser
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

408-413-7135

Plaintiff : Julio Cesar Magana Gonzales
195 East San Fernando Street
San Jose CA 95121
408-767-3884
Mr.Gancito@gmail.com

SAMUEL ROBINSON

DONALD FARR

**FILED**

NOV 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

BLF

**United States Court**

**District of Northern California**

C22-07481

| | Case No |
|---|---|
| **Plaintiff(s)** | |
| **Elijah Cantu, Anthony Garza, Rosemarie,** | **MOTION FOR TEMPORARY** |
| **Julio Cesar Magana Gonzales, Nichole** | **RESTRAINING ORDER AND TO SET** |
| **Schlosser, Gregory Blackwell, Miguel Cruz** | **HEARING FOR PRELIMINARY** |
| **Najera, Gabrielle Aguirre, Ryan Hope,** | **INJUNCTION** |
| **Bruce Mims, Dulce Chavez, Mariena** | |
| **Acosta, Luciano Rosales, Sarah Lee** | |
| **Cummings,** SAMueL RoBINSoN DONALd FuRR | |
| **V** | |
| **Defendant(s)** | |
| **CITY OF SAN JOSE, SANDRA** | |
| **MURILLO, VANESSA BERETTA, PAUL** | |
| **PEREIRA, OFFICER SAULEDA,** | |
| **OFFICE CINBERG, OFFICER HOOPE,** | |
| **ET AL** | |

**INTRODUCTION AND STATEMENT OF FACTS**

1. On November 16th, this court issued a temporary restraining order against the City of San Jose to enjoin them from destroying and removing people and their belongings from the Guadalupe Gardens Encampment See *Thompson v City of San Jose* 5:22-cv-07186-JSC  Docket No 11. A hearing for that is set for Tuesday, November 29th 11am. We in this motion are people living at Guadalupe Gardens who are also in dangers from the actions of defendants and this motion seeks to join in that hearing.

2. A copy of the motion for TRO in that case is attached in Exhibit, and the same nexus of facts exists that has been temporarily put on hold by the courts order. As was articulated in the motion and complaint, on November 10th the City of San Jose greatly escalated its siege of people with a mass posting of 72 hour Notices to Vacate of people on the property.

3. 7 *pro se* Plaintiffs brought the action in that case. We are 17 plaintiffs who also proceed pro se and the same nexus of facts apply. This complaint arises from the same set of facts at Guadalupe Gardens encampment and the policies and procedures of the City of San Jose, and of its managers of the siege of Guadalupe Gardens Sandra Murillo, Paul Pereira, and Vanessa Beretta who are supported by the San Jose Police Department and Officers Cinberg, Officer Sauleda who execute their orders through use of forcc.

4. Like *Thompson v City of San Jose*, this complaint seeks injunctive relief to stop the wanton destruction of  peoples motor homes, tents, personal belongings that put all of us in serious danger during these cold winter months where night time temperatures can fall below freezing.



*A destroyed motor home at Guadaulupe Gardens destoyed by the City of San Jose.*

5. The situation is dire. Dulce Chavez, who is pregnant and lives in a fifth wheel with her partner is being threatened that her trailer will be seized, and she has already lost a trailer. Vanessa Beretta and Sandra Murillo have told her family that the City of San Jose will be seizing and destroying one of their vehicles [See Declaration Dulce Chavez]

6. On November 10th, people living at the park were issued mass notices threatening to seize and destroy their motorhomes and other property. An actual copy is in exhibit A. [See Declarations John Ortiz, Cheryl Imus, Mark Thompson, Elija Cantu, and others]

7. Ryan Hope is an expectant father who stays at Columbus park with his pregantn partner and his mother Sara Hope who is a plaintiff in *Thompson v City of San Jose*. He and his partner are in possession of two trailers which the City seeks to seize and destroy. [Declaration of Ryan Hope]

8. Elijah Cantu is 18 years old and lives in a trailer with his uncle in their motor home. They are currently working on replacing the engine. On November 10th they were posted by Officer Cinberg that their motor home would be seized and destroyed [See Declaration Elijah Cantu]

9. On November 27th, Sarah Lee Cummings will have to go to detox for a month. She cannot bring it with her. She has no where to park her minivan on private property while she is away. She has no home to return to except her mini van. Her mini van will likely be seized for parking too long on public steets while she is in detox. {See Declaration Sarah Lee Cumming]

10. Luciano Rosales has had her van seized, and has consistently had been harassed to sell her RV for a $500.00 gift – far below its value and it utility as a shelter [See Declaration Luciano Rosales]

11. On September 15th, Mariena Acosta's flatbed trailer was seized and destroyed by defendants. They destroyed priceless family heirlooms and would not allow her to retrieve her possessions [See Declaration Mariena Acosta]

12. On November 15th, the trailer Sam Runles was living in was destroyed. He was offered no alternative shelter or compensation [See Declaration of Sam Runles]

13. On November 14th, Vanessa Beretta directed city workers to destroy the trailer Andrea Nesbit was living in without providing alternative shelter or compensation to her – then while moving Ms. Nesbits friends trailer damaged it and dropped it in the middle of the road – then destroyed it [See Declaration Andrea Nesbit

14. Earlier this year, Miguel Angel Cruz had his trailer and many of his belongings seized and destroyed by the City of San Jose who only gave him 15 minutes to move his belongings. While he was moving his belongings and complying with the City's order, they seized and destroyed his his trailer and most of his worldly possessions [See Declaration Miguel Cruz Najera]

15. Gregory Blackwell, who lives in a trailer had a major foot injury on November 23rd. He currently cannot walk and is fearful that when the restraining order lifts he will not be able to move to a new location [See Declaration Gregory Blackwell

16. Nichole Schlosser has been told to move from location to location living in her fifth wheel. Everytime the city orders her to move she has to hire someone to move her trailer at considerable expense. Furthermore, City workers would come around and take her possessions directly outside her

17. Sometime in August 2022, the City of San Jose completely demolished the campground of Julio Cesar Magana Gonzales without providing housing or compensation. This was a great burden, because Julio Cesar Magana Gonzales has a major hernia – a tear in his muscles where his internal organs are bulging out. He lives in extreme pain and every time he is forced to move or loses his property it puts him at risk at serious and irreparable injury [See Declaration Julio Cesar Magana Gonzalez].

18. Some time in September 2022, Sophia Carter hands was forced to sell her trailer far below its worth because agent of the City of San Jose said she had to either sell it and have it destroyed, or it would be destroyed and she would get nothing. In the process, the City destroyed her scooters that she relied on fo transporation and would not let her

get blankets, food. They promised housing but soon rescinded those promises {See Declaration Sophia Carter Hands}

19. Rosemarie Estrada Pineda had been working with Vanessa Beretta, and had a permit for her trailer. However that did not stop City workers from comining and destroying Rosemarie Estrada Pineda's childrens possessions that were left outside of the trailer one day. The City continues to act ina threatening way and is trying to take possession of her trailer with a gift card.

20. On November 2nd, The City of San Jose threw away Anthony Garza's tent, clothes, cell phone and bicycle.

21. There is no reason to believe that the destruction of peoples motor homes will not stop. Furthermore, the National Weather Forecast states that here is a frost advisory. [See Exhibit B] People who lose their motor homes right now are literally in danger of freezing to death.

22. Many plaintiffs have not been offered any form of housing, and alternative or compensation for the damage and danger they are experiencing from the city. There is no reason to see why this will not continue.

23. Therefore, without the protection of the court when the TRO is lifted or modified, we are in danger of the same abatement action articulated in *Thompson v City of San Jose* 5:22-cv-07186-JSC

## Procedural Backgrounds

24. Federal Rule of Civil Procedure 65 governs preliminary injunctions and temporary restraining orders. To obtain a preliminary injunction, the plaintiff has the burden to "establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Porretti v. Dzurenda*, 11 F.4th 1037, 1047 (9th Cir. 2021) (quoting *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)). "Injunctive relief [is] an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." Winter, 555 U.S. at 22. Courts in this Circuit "appl[y] a 'sliding scale' approach to preliminary injunctions such that a preliminary injunction can issue 'where the likelihood of success is such that "serious questions going to the merits were raised and the balance of hardships tips sharply in [plaintiff's] favor."'" Doe v. San Diego Unified Sch. Dist., 19 F.4th 1173, 1177 (9th Cir. 2021), reconsideration en banc denied, 22 F.4th 1099 (9th Cir. 2022) (quoting All. for the *Wild Rockies v. Cottrell,* 632 F.3d 1127, 1131 (9th Cir. 2011)). Temporary restraining orders are governed by the same standard applicable to preliminary injunctions. See *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co., 240 F.3d 832, n. 7* (9th Cir. 2001). A temporary restraining order "should be restricted to serving [its] underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing, and no longer." See *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Local No. 70,* 415 U.S. 423, 439 (1974).

**We Are Likely To Succeed on Fourteenth Amendment Substantive Due Process** Claims

25. "Substantive due process 'forbids the government from depriving a person of life, liberty, or property in such a way that "shocks the conscience" or "interferes with the rights implicit in the concept of ordered liberty."'" *Corales v. Bennett*, 567 F.3d 554, 568 (9th Cir. 2009) (quoting *Nunez v. City of Los Angeles*, 147 F.3d 867, 871 (9th Cir. 1998)); see also *Brittain v. Hansen*, 451 F.3d 982, 990-91 (9th Cir. 2006). "Substantive due process is ordinarily reserved for those rights that are 'fundamental.'" Id. at 990 (quoting *Washington v. Glucksberg*, 521 U.S. 702, 721-22 (1997)).

26. Right to due process for the seizure and destruction of peoples homes and survival gear is absolutely fundamental. This right is being trampled without any kind of due process, ability appeal, or compromise [See Declaration Generally]

**Fourth Amendment Search and Seizure**

27. In *Soldal v. Cook County*, Illinois, 506 U.S. 56, 67 (1992), the Supreme Court explained that the Fourth Amendment protects plaintiffs' property rights in civil cases. As relevant here, the Court also held that seizing the plaintiff's mobile home and carrying it away to a new location constituted a "seizure" within the meaning and protections of the Fourth Amendment, even if no invasion of privacy had occurred. Id. at 61-64; see also id. at 66 ("[A] seizure of [an] article . . . would obviously invade the owner's possessory interest." (quoting *Horton v. California*, 496 U.S. 128, 134 (1990)). The Court explained that "the right against unreasonable seizures would be no less transgressed if the seizure of the house was undertaken to collect evidence, verify compliance with a housing regulation, effect an eviction by the police, or on a whim, for no reason at all." Id. at 69.

28. Where a possessory interest is protected by the Fourth Amendment, "[t]he mere fact that a state has authorized a search or seizure does not render it reasonable under the Fourth Amendment." *Sandoval v. County of Sonoma*, 72 F. Supp. 3d 997, 1007 (N.D. Cal. 2014), aff'd, 912 F.3d 509 (9th Cir. 2018), and aff'd, 912 F.3d 509 (9th Cir. 2018) (first citing *Sibron v. New York*, 392 U.S. 40, 61 (1968); then citing *Miranda v. City of Cornelius*, 429 F.3d 858, 864 (9th Cir. 2005)); cf. *Conner v. City of Santa Ana*, 897 F.2d 1487, 1493 (9th Cir. 1990)

29. Here, there is no warrant of probable cause to seize the homes of people's homes. There is no community caretaker rationale because the motor homes are not blocking traffic or posing a danger to the public [See Declarations Generally] Their seizure is totally unreasonable.

30. **Fifth Amendment Taking Clause**

   a. "A property owner has an actionable Fifth Amendment takings claim when the government takes his property without paying for it." *Knick v. Township of Scott, Pa.*, 139 S. Ct. 2162, 2167 (2019). "The government commits a physical taking when . . . the government physically takes possession of property without acquiring title to it." *Cedar Point Nursery v. Hassid,* 141 S. Ct. 2063, 2071 (2021) (citing *United States v. Pewee Coal Co.*, 341 U.S. 114, 115- 17 (1951) (plurality)). This "sort[] of physical appropriation constitute[s] the 'clearest sort of taking,' and we assess [it] using a simple, per se rule: The government must pay for what it takes." Id. (first quoting *Palazzolo v. Rhode Island*, 533 U.S. 606, 617

(2001), then citing *TahoeSierra Pres. Council, Inc. v. Tahoe Regional Plan. Agency*, 535 U.S. 302, 322 (2002)).

31. Additionally, "[i]ndividuals must receive notice and an opportunity to be heard before the Government deprives them of property." Gremmels v. FDA, No. 21-CV-06102-JSC, 2021 WL 7448539, at *2 (N.D. Cal. Oct. 5, 2021), report and recommendation adopted, No. 21-CV-06102- VC, 2021 WL 7448546 (N.D. Cal. Nov. 4, 2021) (quoting United States v. James Daniel Good Real Prop., 510 U.S. 43, 48 (1993)).

   a. The City of San Jose is not compensating people justly [See Declarations Generally]. People under threat generally are not being offered accessible alternative shelter *id.* The only mitigating act are $500 dollar "Gift Cards" for the destruction and seizure of motor homes. These gift cards don't meet the actual value of the motor homes, and the utility value of motor homes during the freezing nights in San Jose is much greater than $500.

## 32. Fourteenth Amendment Due Process State Created Danger

33. To state a substantive due process claim based on the state-created danger doctrine, a plaintiff must establish: (1) "the officers' affirmative actions created or exposed h[im] to actual, particularized danger that []he would not otherwise have faced"; (2) "the injury was foreseeable"; and (3) "the officers were deliberately indifferent to the known danger." *Martinez v. City of Clovis*, 943 F.3d 1260, 1271 (9th Cir. 2019). The third element, deliberate indifference, requires "proof that a municipal actor disregarded a known or obvious consequence of his action" which is "a stringent standard of fault." Id.

at 1274 (quoting *Patel v. Kent Sch. Dist.,* 648 F.3d 965, 974 (9th Cir. 2011)). "[I]t

requires a 'culpable mental state.'" Id. (quoting *Patel,* 648 F.3d at 974)

34. Right now, there the National Weather Forecast warns about frost in San Jose [See National

Weather Forecast Exhibit]. People who lose their survival gear and motor homes may

literally freeze to death. The City of San Jose is apparently doing nothing to mitigate this

danger and is not offering people any just alternatives.

**IRREPARABLE HARM**

35. A "plaintiff[] must establish that irreparable harm is likely, not just possible, in order to

obtain a preliminary injunction." Cottrell, 632 F.3d at 1131 (citing Winter, 555 U.S. at

20-21). "The Ninth Circuit has held that 'an alleged constitutional infringement will often

alone constitute irreparable harm.'" *Santa Cruz Homeless Union v. Bernal,* 514 F. Supp.

3d 1136, 1145 (N.D. Cal. 2021), modified, No. 20-CV-09425-SVK, 2021 WL 1256888

(N.D. Cal. Apr. 1, 2021) (quoting Assoc. Gen. Contractors of Cal., Inc. v. Coal. for Econ.

Equity, 950 F.2d 1401, 1412 (9th Cir. 1991)). As explained above, as least three of these

allegations have substance. These alone may constitute irreparable harm. See *Bernal,* 514

F. Supp. at 1145.

36. The Ninth Circuit has held that a violation of a person's constitutional rights may also

constitute irreparable injury see *Monterey Mech. Co. v. Wilson, 125 F.3d 702, 715 (9th Cir.*

*1997)* (noting that "'an alleged constitutional infringement will often alone constitute

irreparable harm'"); *Nelson v. NASA, 530 F.3d 865, 882 (9th Cir. 2008)* (stating that, "[u]nlike monetary injuries, constitutional violations cannot be adequately remedied through damages and therefore generally constitute irreparable harm"), rev'd on other grounds, *Nat'l Aero. & Space Admin. v. Nelson, 56 U.S. 134 (2011)*.

37. Right now, there the National Weather Forecast warns about frost in San Jose [See Exhibit B]. People who lose their survival gear and motor homes may literally freeze to death. People who have lost their homes are put in great hardship [See Declarations Generally]

## BALANCE OF EQUITIES AND PUBLIC INTEREST

38. "Where, as here, the government opposes a preliminary injunction, the third and fourth factors merge into one inquiry." Id. (citing *Drakes Bay Oyster Co. v. Jewell*, 747 F.3d 1073, 1092 (9th Cir. 2014)).

39. There is no public interest in having people freeze to death in winter and not have any place to go.

**Verification**

**SEE ATTACHED SIGNATURE PAGE**

*Signature Page*

MOTIONS TRO and PRELIMINARY INJUNCTION, -1-

1   .TO Consolidate cases, appoint Counsel

2   and Index of Exhibits

3

4

5                   NAME / Signature

6   DATE 11-26-22 | Anthony Garza   *Anthony Garza*

7   11/26/22 | Luciano Rosales

8   11/26/22 | Patricia Gonzalez

9   ~~11/26/22~~

10  11/26/22 | Samuel Robinson

11  11/26/22 | Mariena Acosta   *Mariena Acosta*

12  11/26/22 | Ryn O. Hoya

13  11/26/27 | *Naldo A-C*

14  11/26/22 | Margarita Baratiar Beirn

15  11/26/22 | Gabriella Aguirre   *Gabriella Aguirre*

16  11/26/22 | Eugene Gregory Blackwell

17  11-26-22 | Nichole Schlosser

18  11:26:22 | Elijah Cantu

19

20

21

22

23

24

25

26  //

27  //

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

*INDEX OF EXHIBITS*

Plaintiff: **Sarah Lee Cummings,**
SairaRook@gmail.com
(408)440-9484
1442 Pomona Ave, San Jose CA 95110

Plaintiff, **Luciano Rosales**
428 S King Rd
San Jose Ca 95116
408-771-2089
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Mariena Acosta
Columbus Park
San Jose General Delivery 95116-9999
669-243-7869
mrsgeeluv@gmail.com

Plaintiff : Dulce Chavez
Columbus Park
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Rosemarie Estrada Pineda
634 Lewis Rd, San Jose 95121
669-331-8665
GuadalupeGardenCommunity@yahoo.com

Patricia Gonzales
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff : Anthony Garza
San Jose General Delivery 95116-9999
669-301-9151
Antgee283@gmail.com

Plaintiff : Elijah Cantu
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
669-230-9269

Plaintiff : Bruce Mims
San Jose General Delivery 95116-9999
Nefarious88@gmail.com

Plaintiff : Ryan Hope
408-824-2286
Tate.rzz.tot23@gmail.com

Plaintiff : Gabriella Aguirre
2726 Millbrae Way
San Jose CA 95121
Jeweledmoon1@gmail.com

Plaintiff : Miguel Cruz Najera
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

Plaintiff :Gregory Blackwell
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com
408-768-3694

Plaintiff : Nichole Schlosser
San Jose General Delivery 95116-9999
GuadalupeGardenCommunity@yahoo.com

408-413-7135

Plaintiff : Julio Cesar Magana Gonzales
195 East San Fernando Street
San Jose CA 95121
408-767-3884
Mr.Gancito@gmail.com

## United States Court

## District of Northern California

|  | Case No |
|---|---|
| **Plaintiff(s)** | |
| **Elijah Cantu, Anthony Garza, Rosemarie,** | **INDEX OF EXHIBITS IN SUPPORT OF** |
| **Julio Cesar Magana Gonzales, Nichole** | **TRO/PRELIMINARY INJUNCTIION** |
| **Schlosser, Gregory Blackwell, Miguel Cruz** | **AND COMPLAINT FOR INJUNCTIVE** |
| **Najera, Gabrielle Aguirre, Ryan Hope,** | **RELIEF TO STOP THE DESTRUCTION** |
| **Bruce Mims, Dulce Chavez, Mariena** | **OF MOTORHOMES, PERSONAL** |
| **Acosta, Luciano Rosales, Sarah Lee** | **PROPERTY, AND SURVIVAL GEAR AT** |
| **Cummings, Samuel Robinson, Donald Furr** | **GUADAULPE GARDENS.** |
| | |
| **V** | |
| | |
| **Defendant(s)** | |
| **CITY OF SAN JOSE, SANDRA** | |
| **MURILLO, VANESSA BERETTA, PAUL** | |
| **PEREIRA, OFFICER SAULEDA,** | |
| **OFFICE CINBERG, OFFICER HOOPE,** | |
| **ET AL** | |

INDEX OF EXHIBITS

1.  DECLARATION OF CHERYL IMUS
2.  DECLARATION OF MARK THOMPSON
3.  DECLARATION OF JEFFREY PAPA ECHIVARIA
4.  DECLARATION OF JOHN ORTIZ
5.  DECLARATION OF GREGORY BLACKWELL
6.  NATIONAL WEATHER FORECAST
7.  DECLARATION OF DULCE CHAVEZ
8.  DECLARATION OF SARAH LEE CUMMINGS,
9.  DECLARATION OF RYAN HOPE,
10. DECLARATION OF ELIJAH CANTU
11. DECLARATION OF NICHOLE SCHLOSSER
12. DECLARATION OF ROSEMARIE ESTRADA PINEDA,
13. DECLARATION OF SOPHIA CARTER HANDS
14. DECLARATION OF SAM RUNLES,
15. DECLARATION OF JULIO CESAR MAGANA GONZALES,
16. DECLARATION OF MIGUEL CRUZ NAJERA
17. DECLARATION OF ANDREA NESBIT,
18. DECLARATION OF GABRIELLE AGUIRRE
19. DECLARATION OF MARIENA ACOSTA
20. DECLARATION OF PATRICIA GONZALES
21. DECLARATION OF LUCIANO ROSALES
22. DECLARATION OF ANTHONY GARZA
23. DECLARATION OF GREGORY BLACKWELL

# VERIFICATION SEE ATTACHEDÍ

# EXHIBIT A
# DECLARATIONS OF
# CHERYL IMUS,
# MARK THOMPSON,
# JEFFREY PAPA ECHIVARIA,JOHN
# ORTIZ,
# GREGORY BLACKWELL,

# FROM *THOMPSON V CITY OF SAN JOSE* MOTION FOR TRO

1 Your name: *Cheryl Imus, Rochelle Imus, Jason Jensen*

2 Address: *Guadelupe Garden, Columbus Park*

3 *San Jose*

4 Phone Number: *541-973-3870 650 7877916*

5 E-mail Address: *imyscheryl 7@ gmail. com*

6 *rah94062@gmail.com*

7

8

UNITED STATES DISTRICT COURT
9 SOUTHERN DISTRICT OF CALIFORNIA

*MARK THompsoN es al*

10 *Cheryl Imus, Rochelle Imus* ) Case Number: _____

11 *Jason Jensen* )

) **DECLARATION OF** *[name]*

12 ) *CHeryL IMUS*

Plaintiff(s), )

13 ) IN SUPPORT OF *TRO and P2*

14 vs. ) *to stop seizure of my vehicle*

*City of SAN Sose et al* )

15 )

16 _____ )

)

17 _____ )

)

18 _____ )

)

19 _____ )

)

20 Defendant(s). )

_____ )

21

22 I, *[name]*_____

23 declare as follows:

24 *[In the first paragraph, explain who you are and how you are connected to the party or events*

25 *relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,*

*say how you are involved.]*

26

1. I am *Plaintiff's, Residence of Homeless Camp*

27 *And its our property that was taken, and presently under*

28 *threat of towing our home and only techvehicle.*

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1    2.    I have personal knowledge of all facts stated in this declaration, and if called to

2  testify, I could and would testify competently thereto.

3  *[Write each fact in a separate paragraph. You may only write about facts or occurrences that*
   *you have personal knowledge of or that you personally witnessed. Explain how you know each*
4  *fact. If you have documents that support your argument, you may attach them to this declaration.*
   *Using a separate paragraph and separate exhibit letter for each document. Explain what the*
5  *document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a*
   *letter that I received from [name] on [date] [by mail]."]*
6

7  *Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

8     3. My Family live iN a 1994 Continental R.V

9  40 Ft, Long, and a 2001 E450 Ford Bus

10 and have for 4 years, both are operational.

11    4. Vanessa Barretta told me she wanted

12 1 of 3 parking passes back so that vehicle

13 could be orange tagged for tow

14

15 *Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*

16

17    5.

18

19

20    6.

21

22

23

24    7.

25

26

27

28

DECLARATION OF __Cheryl Imus_____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1  *Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court*
2  *does not intervene*

3
4    8. We already have medical issues from the stress
5  my Blood pressure 2 days ago by a M.D. was 185 over 115
6
7    9. We have lost Jobs because they took our truck
8  and car from the Sept. 2021 abatement a Columbus
9  Park, we lost our income,
10    10. If they take our bus, Cheryl Imus won't have a
11  home and they are presently trying to tow Cheryls
12  1999 Eclipse which is running and great shape.
13

14  *Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are*
15  *foreseeable by the state actor.*
16

17    11. Were in danger of being put in the cold and
18  daughter is pregnant and will loose the baby and Cheryl
19  AN danger of pneumonia and PTSD, life is already
20  Extremely hard, why are they being heartless, They don't care,
21    12.
22

23
24
25
26
27
28

DECLARATION OF  Cheryl Imus _____  IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1    *Rec 13-14 : Describe with as much specificity as possible, actions that the state actors*
2  *have shown deliberate indifference to the dangers you face, or inversely what they have or have*
3  *not done to mitigate those dangers.*

4

5

6    13. Continued Harassment, they want me to choose
7  Which vehicle I will have, towed when I already
8  stated 1 is my home and thats my only care.
9    14. I was told, regardless they want 1 or the
10  Other towed, why are they trying to give me a heart
11  attack

12    *Rec 15-16 : Describe in detail, what form of compensation or lack thereof, the state actor*
13  *has offered in exchange for taking your property.*

14

15    15. They have not offered anything. They gave
16  use 3 permits and want 1 back
17

18    16.
19

20

21

22    *Rec 17-18 : Describe in detail, in what ways you are at risk for being arrested because of*
23  *your status of not having a home – or whether you have been arrested for involuntary acts of*
24  *survival in the past.*
25    17. Its created a not safe environment, constant
26  police unwillingly to help, and the City of San Jose employee
27  Constantly harrassing, Fear of incarceration is how they
28  make us feel.

DECLARATION OF _____Cheryl Inius_____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1    18._____

2

3    19._____

4

5

6

7   *What else would you like the judge to know*

8    20. Our homes are running, they look good,

9  we live in these vehicles because we could no

10  longer afford rent in the Bay area, We've been

11    21. out here over 4 years and its very difficult,

12  stressful and we already live in fear, we honestly

13  can't take much more, we are already working

14    22. with Home-first for housing but the list is

15  long and they know that but they aren't easing up.

16  We are Lawful and don't like confrontation,

17

18    23. You can refer to Date 11/10/21 case #

19  21-314-01078 when they took our cars.

20

21    22._____

22

23

24   *Use these lines to add to other questions where you need more space. Label them the*

25  *number the question you are attaching to.*

26

27

28

DECLARATION OF *Cheryl Imus* _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21    I declare under penalty of perjury under the laws of the United States that the foregoing is
22    true and correct and that this declaration was executed on *[date]* _____.
23
24                        Signature: _Cheryl Imus head of household_
25                        Printed name: _Cheryl Imus_
26                        Address: _Columbus Park S. J_
27                        Phone Number: _541- 973- 3870_
28
      DECLARATION OF _Cheryl Imus_ _____ IN SUPPORT OF
      _____
      CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*



1   Your name: Mark A. Thompson

2   Address:_____

3   _____

4   Phone Number:_____

5   E-mail Address: MarkT3156@Fmail.Com

6

7

8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA

10   Mark Thompson Et al          )   Case Number:_____
11   _____ )
                                  )   DECLARATION OF [name]
12   _____ )   Mark Thompson
13              Plaintiff(s),     )   IN SUPPORT OF T RO and PI
                                  )
14        vs.                     )   To stop Destruction of
15   City of San Jose etal        )   My Motor Home
16   _____ )
17   _____ )
18   _____ )
19   _____ )
20              Defendant(s).     )
21

22        I, [name] Mark A THompson

23   declare as follows:

24   [In the first paragraph, explain who you are and how you are connected to the party or events
25   relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,
     say how you are involved.]
26
27        1.   I am Mark A THompson I am at risk
28   of loosing everything I own that I Have
     Left Due to the Past Sweeps upon myself Noone else @
                                                        Columbus
     DECLARATION OF _____  IN SUPPORT OF  Park!

     CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1    2.    I have personal knowledge of all facts stated in this declaration, and if called to

2  testify, I could and would testify competently thereto.

3  *[Write each fact in a separate paragraph. You may only write about facts or occurrences that*
   *you have personal knowledge of or that you personally witnessed. Explain how you know each*
4  *fact. If you have documents that support your argument, you may attach them to this declaration.*
   *Using a separate paragraph and separate exhibit letter for each document. Explain what the*
5  *document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a*
   *letter that I received from [name] on [date] [by mail]."]*
6

7  *Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

8     3. I have Lived in Columbus Park for Rough 15 yrs
9     & 15 yrs in the creek area in my truck & tent
10   I Been swept 3 times in the Last month the First time
11    4. with No warning No Notice then they kept
12   telling me I had one HR. to move my Boat or they'd
13   tow it I was told to Leave Now and get a truck
14   or we'll tow your Boat Now I just woke up was not
15   able to take anything I told them I had my clothes to pack
   *Rec 5-7. Describe property destruction you have witnessed with specificity, attach photos.*
16   in my Bag & I'd Be moved completly By this evenig
17    5. More than Likely By noon they said No you
18   Do it Now or we will tow this Boat in zone HR
19   I said I could Put my Bags & tent in the
20    6. Boat they said No go get a truck now
21   or we will tow it so Leave Now!
22
23   _____
24    7. _____
25   _____
26   _____
27
28

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1 *Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court*
2 *does not intervene*

3
4   8. Obviasly Im at a Risk By this they took all
5   Food all Clothing all ability to shelter myself
6   FRom the weather Due to EveR changing sweeps
7   9. they add Reasons everys weep also each
8   person is swept Differently also Changes if
9   you have a Record such as my self ! my Ad Boy
10   10. For work went into a Dumpster they
11   have took all ability to return to work,
12   my trade thus I Have to Have my own tools
13   to work they've took my ability to employment away,

*Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are Period*
14
15   *foreseeable by the state actor.* My trade Heavy collision Auto Body
16   one Has to Have your own tools to work or to even Be Hired
17   11. What surprised me most was they purposely
18   threw more tree Branchs on Top then Laughed Stated
19   that ought to keep them From Removing anythiss from
20   the Dumpster! truely aren't they suppose to keep all
21   12. I teams they take at impound and give me
22   a amount of time to Claim my Belongings
23   if I Dont Claim it then throw it all away
24   I think thatz How it is suppose to Be yet
25   Not once Have they Dono this they've Just told me
26   to Leave Now You Have one HR or use throw it
27   away they actually said they Confiscated my
28   trailer also Stated theyd Bring My tie
Back yet Never Did

DECLARATION OF _____ IN SUPPORT OF _____

CASE NO. _____ ; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1     *Rec 13-14 : Describe with as much specificity as possible, actions that the state actors*

2 *have shown deliberate indifference to the dangers you face, or inversely what they have or have*

3 *not done to mitigate those dangers.*

4

5

6     13. Its truely amazing that this disregaurd for my Personal

7 Belonging my tools my clothes even my Food Eye Paid

8 for has Just Been taken away But Just Thrown

9     14. Emediatly in to a Dumpster Like trash I'm

10 at a Loss and Literaly endangered to a point I Can

11 See well at night Due to Having BiLateral Cornial

12     *Rec 15-16 : Describe in detail, what form of compensation or lack thereof, the state actor*

13 *has offered in exchange for taking your property.*

14

15     15. Ulsers in my eyes tin ulsers actually my Doctor

16 Has Never Seen Befor the admitting Nurse said she

17 came its Kind of worrisome 24-7 my Life is truely

18     16. endangered Due to this yet these people

19 Do not Care about any of this they Just threatn you

20 @ they Laugh at your reaction to it all truely

21 Crazy $hit

22     *Rec 17-18 : Describe in detail, in what ways you are at risk for being arrested because of*

23 *your status of not having a home – or whether you have been arrested for involuntary acts of*

24 *survival in the past.*

25     17. then they tell you this is a Felony and

26 can arrest you for trespassing etc. etc

27 is this Correct I Cant Believe that our County

28 is so Heartless if not Ruthless yet Claim this

DECLARATION OF _____ IN SUPPORT OF

    is Sillicon Valley / Thats good I think Not

CASE NO. _____ ; PAGE 9 OF ___ [JDC TEMPLATE Rev.2015]

18. Personally there Bigger Criminals than

we are, I've experiensed Hardships in Life

19. But nothing Like this Just Blatently

threatn me then Just take my Belonging even

the Brekfast I Just made and was eating

What else would you like the judge to know at the Moment they came.

20. this Can not Be a way they were Trained

to due these scams or protibal in ways

21. to get towards public I've Been Shocked

and amazed in Life many times yet

Not Like this Also Not By our official

22. who, we are supose to support to trust

this has truthfully in a hardship to the

existent that I Cant even return to my Charriet

23. that I've Raised 4 Kids alone with no

assistance Now Im Bacly able to Stay alive

22. or shelter myself And Feed myself

For the Fist time in my Life,

Use these lines to add to other questions where you need more space. Label them the
number the question you are attaching to. I Cait Believe our

County is Letting Avis all happen

and is a Part of this

DECLARATION OF _____ I'm truly amazed _____ IN SUPPORT OF

CASE NO. _____ ; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21      I declare under penalty of perjury under the laws of the United States that the foregoing is
22      true and correct and that this declaration was executed on *[date]* _____
23
24                              Signature: _Mark A Thompson_
25                              Printed name: _Mark Anthon Thompson_
26                              Address: _594 mill pond Dr so Ca 95125_
27                              Phone Number: _____
28
        DECLARATION OF _____ IN SUPPORT OF
        _____
        CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*





# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**Fax - Local Send**



**Fax - Domestic Send**



**Fax - International Send**

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2021 FedEx. All rights reserved. Products, services and hours vary by location. 622.OP03.001                                    2188309R



B



# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**Fax - Local Send**



**Fax - Domestic Send**



**Fax - International Send**

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2021 FedEx. All rights reserved. Products, services and hours vary by location. 622.OP03.001          2188309R

# W/ARNING

## THIS VEHICLE MAY BE IN VIOLATION OF THE LAW AND SUBJECT TO REMOVAL AT THE OWNER'S EXPENSE

This vehicle may be in violation of one or more of the following:

- A vehicle may not be parked on a public street for more than 72 hours (3 days) without moving (San José Municipal Code 11.36.220). The vehicle may be cited and towed under California Vehicle Code section 22651(k) WITHOUT FURTHER NOTICE.

- A vehicle may not be parked in violation of posted rules including being parked for more than 72 hours (3 days) within City owned or operated facilities (California Vehicle Code section 21113(a)). The vehicle may be cited and towed under California Vehicle Code section 22669(a) and/or 22651(n) WITHOUT FURTHER NOTICE.

- A vehicle may not be abandoned on a public street or other public property (California Vehicle Code section 22523). A vehicle parked and/or left on a public street or public property that is inoperable or is deemed a hazard is considered abandoned and may be removed IMMEDIATELY.

- Vehicles may not be driven or parked on a highway, public land, or an off-street parking facility without current registration (California Vehicle Code section 4000a). Vehicles found with a registration expiration date older than six months, and parked or driven on the highway, public land, or an off-street parking facility are subject to IMMEDIATE removal under California Vehicle Code Section 22651(o).

Note: Placement of this warning notice is a courtesy and not required under the California Vehicle Code. The absence or removal of the warning does not invalidate any enforcement action (citation or tow.)

## VEHICLE ABATEMENT PROGRAM FREQUENTLY ASKED QUESTIONS

1. **What does this orange warning notice mean?**
   The City of San José received a complaint that the vehicle is being stored or has been abandoned on a public street. We investigate every complaint. As a first step in investigating a vehicle, we place a warning notice on it. We will follow up after 72 hours (three days). If the evidence confirms that the vehicle is in fact being stored for more than 72 hours (three days) or is abandoned, it may be ticketed and/or towed.

2. **Do I need to respond to this warning notice?**
   No – you DO NOT need to call, write, or email the City in response to the warning. However, please make sure the vehicle has current registration, is driven every 72 hours (three days), and is in drivable condition.

3. **How long can a vehicle be parked on the public street?**
   A vehicle cannot be parked on the public street for more than 72 hours (three days) without moving (San José Municipal Code 11.36.220).

4. **Can I park my car on the public street if the vehicle registration is expired?**
   No, vehicles may not be parked on the public street with an expired registration. The vehicle may be ticketed or towed.

5. **How do I make sure my vehicle will not be towed?**
   If you're going to park on a public street, make sure the vehicle doesn't violate any posted parking rules, has current registration on file with the DMV, is in drivable condition, and is driven every 72 hours (three days).

6. **Will the City always provide a warning notice before towing a vehicle?**
   No, the orange warning notice is not required by law and is placed on vehicles as a courtesy.

7. **My car was towed, what do I do?**
   Contact the San José Police Department's Vehicle Records Unit at 408-277-4156 and be prepared to provide your vehicle license plate number.

For more information contact the City of San José (408) 535-3500 or www.sanjoseca.gov



**CITY OF SAN JOSE**
CAPITAL OF SILICON VALLEY
200-27A (09/18)

Date / Time of Warning: 11/10 122    1319

Officer: Sruceda    Badge #: 4999

Vehicle License #: N/A

☐ Department of Transportation
☑ Police Department

1  Your name: Jeffrey Papa Echivaria

2  Address: N .

3  _____

4  Phone Number: (669) 307-5273

5  E-mail Address: Jpechivaria533@gmail.com

6

7

8

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  Mark Thompson Et al | Case Number: _____ |
| 11  _____ | **DECLARATION OF** *[name]* |
| 12  Plaintiff(s), | JEFFREY PAPA Echivaria |
| 13  | **IN SUPPORT OF** TRO and PI |
| 14  vs. | To stop Destruction |
| 15  City of SAN Jose Et al | Of Motor Home I |
| 16  | am Living in |
| 17 | |
| 18 | |
| 19 | |
| 20  Defendant(s). | |

21

22      I, *[name]*_____

23  declare as follows:

24  *[In the first paragraph, explain who you are and how you are connected to the party or events*
25  *relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,*
26  *say how you are involved.]*

27      1.   I am Jeffrey P. Echivaria, a two year

28  resident at the Columbus Park Encampment.

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1 | 2. I have personal knowledge of all facts stated in this declaration, and if called to

2 | testify, I could and would testify competently thereto.

3 | *[Write each fact in a separate paragraph. You may only write about facts or occurrences that*
*you have personal knowledge of or that you personally witnessed. Explain how you know each*
4 | *fact. If you have documents that support your argument, you may attach them to this declaration.*
*Using a separate paragraph and separate exhibit letter for each document. Explain what the*
5 | *document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a*
*letter that I received from [name] on [date] [by mail]."]*

6 |

7 | *Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

8 |

9 | 3. I've been residing at Columbus Park since the
beginning of the pandemic, March of 2020. At the beginning,
10 | I stayed in a tent with some friends.

11 | 4. As time progressed, I made/stayed in a structure made of
12 | pallets, an abandoned R.V., and now I am living in an R.V.
13 | trailer.

14 |

15 |

16 | *Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*

17 | 5. Unfortunately Before I knew my rights, I've been forced
18 | to re-locate Countimes several times. The first time a
19 | bull dozer started to destroy my tent with me still in it.
20 | 6. The second time, my girlfriend had a nervous
21 | break-down, they destroyed the dwelling I made from
22 | pallets, destroyed most of my belongings, and unleashed
23 | 7. my dog who then was struck by a van & died.
24 | The third time, while I was away grocery shopping,
25 | my trailer and my belongings were set on fire on a rainy
26 | day. Presently, I am blessed to have an R.V., but am very
27 | worried of losing that too.
28 |

DECLARATION OF _____ IN SUPPORT OF

_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court does not intervene

8. Last week I got one of the attached Notices in [EXHIBIT A] onto my Trailer in [Exhibit B]

9. My RV has difficulties steering and Im concerned I wont get it out in time and it will be destroyed

10. If my trailer is destroyed I will have No Home, No Shelter AND will be ex Posed to the cold and elements.

Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are foreseeable by the state actor.

11. Defendants have Not offered me accessible Shelter - ONLY oPtions That are inaccessible.

12. DEFENDANTS HAVE Not COMPENSATED Me for any ProPerty they destroyed

DECLARATION OF _____ IN SUPPORT OF
_____

CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     I declare under penalty of perjury under the laws of the United States that the foregoing is

22     true and correct and that this declaration was executed on *[date]* _____

23

24                                        Signature: _____

25

26                                        Printed name: Jeffra P. Ghilaria

27                                        Address: _____

28                                        Phone Number: (069) 307.5273

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*





EXHIBIT

B

# W RNING

## THIS VEHICLE MAY BE IN VIOLATION OF THE    LAW AND SUBJECT TO REMOVAL AT THE OWNER'S EXPENSE

This vehicle may be in violation of one or more of the fo ll owing:

☐ A vehicle may not be parked on a public street for more than 72 hours (3 days) without moving (San José Municipal Code 11.36.220). The vehicle may be cited and towed under California Vehicle Code section 22651(k) WITHOUT FURTHER NOTICE.

☐ A vehicle may not be parked in violation of post ed rules including being parked for more than 72 hours (3 days) within City owned or operated facilities (California Vehicle Code 21113(a)). The vehicle may be cited and towed under California Vehicle Code section 22669(a) and/or 22651(n) WITHOUT FURTHER NOTICE.

☐ A vehicle may not be abandoned on a public street or other public property (California Vehicle Code section 22523). A vehicle parked and/or left on a public street or public property that is inoperable or is deemed a hazard is considered abandoned and may be removed IMMEDIATELY.

☐ Vehicles may not be driven or parked on a highway, public land, or an off-street parking facility without current registration (California Vehicle Code section 4000a). Vehicles found with a registration expiration date older than six months, and parked or driven on the highway, public land, or an off-street parking facility are subject to IMMEDIATE removal under California Vehicle Code Section 22651(o).

Note: Placement of this warning notice is a courtesy and not required under the California Vehicle Code. The absence or removal of the warning does not invalidate any enforcement action (citation or tow.)

## VEHICLE ABATEMENT PROGRAM FREQUENTLY ASKED QUESTIONS

1. **What does this orange warning notice mean ?**
The City of San José received a complaint that the vehicle is being stored or has been abandoned on a public street. We investigate every complaint. As a first step in investigating a vehicle, we place a warning notice on it. We will follow up after 72 hours (three days). If the evidence confirms that the vehicle is in fact being stored for more than 72 hours (three days) or is abandoned, it may be ticketed and/or towed.

2. **Do I need to respond to this warning notice?**
No – you DO NOT need to call, write, or email the City in response to the warning. However, please make sure the vehicle has current registration, is driven every 72 hours (three days), and is in drivable condition.

3. **How long can a vehicle be parked on the public street?**
A vehicle cannot be parked on the public street for more than 72 hours (three days) without moving (San José Municipal Code 11.36.220).

4. **Can I park my car on the public street if the vehicle registration is expired?**
No, vehicles may not be parked on the public street with an expired registration. The vehicle may be ticketed or towed.

5. **How do I make sure my vehicle will not be towed?**
If you're going to park on a public street, make sure the vehicle doesn't violate any posted parking rules, has current registration on file with the DMV, is in drivable condition, and is driven every 72 hours (three days).

6. **Will the City always provide a warning notice before towing a vehicle?**
No, the orange warning notice is not required by law and is placed on vehicles as a courtesy.

7. **My car was towed, what do I do?**
Contact the San José Police Department's Vehicle Records Unit at 408-277-4156 and be prepared to provide your vehicle license plate number.

For more information contact the City of San José (408) 535-3500 or www.sanjoseca.gov



CITY OF
SAN JOSE
CAPITAL OF SILICON VALLEY
200-27A (09/18)

Date / Time of Warning: 11/10 /22  1319       Vehicle License #: N/A

Officer: SAU CEDA       Badge #: 4999       ☐ Department of Transportation
☑ Police Department

1   Your name: JOHN ORTIZ

2   Address: Guadalupe Garden, Columbus Park

3   _____

4   Phone Number: _____

5   E-mail Address: _____

6

7

8               UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10  Mark Thompson et al          )  Case Number: _____
                                 )
11  _____     )  DECLARATION OF [name]
                                 )
12                               )   JOHN ORTIZ
                                 )
          Plaintiff(s),          )  IN SUPPORT OF TRO and
13                               )
14      vs.                      )  TO STOP The DESTRUCTION
                                 )
15  City of SAN Jose et al       )  Of MY MOTOR HOME
                                 )
16  _____     )  at the Guadalupe GARDEN,
                                 )
17  _____     )  columbus Park encampmion
                                 )
18  _____     )
                                 )
19  _____     )
                                 )
20      Defendant(s).            )
                                 )
21  _____)

22      I, [name] JOHN ORTIZ

23  declare as follows:

24  [In the first paragraph, explain who you are and how you are connected to the party or events
25  relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,
    say how you are involved.]
26
27      1.   I am at Guadalupe Garden, columbus Park
28      and I Live in a 42 foot DOLPHIN Motor Home.

    DECLARATION OF _____ IN SUPPORT OF

    CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1        2.    I have personal knowledge of all facts stated in this declaration, and if called to

2    testify, I could and would testify competently thereto.

3    *[Write each fact in a separate paragraph. You may only write about facts or occurrences that*
     *you have personal knowledge of or that you personally witnessed. Explain how you know each*
4    *fact. If you have documents that support your argument, you may attach them to this declaration.*
     *Using a separate paragraph and separate exhibit letter for each document. Explain what the*
5    *document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a*
     *letter that I received from [name] on [date] [by mail]."]*
6

7    *Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

8        3. I Have lived Here for 5 MoNths.

9    MY RV is Not Blocking trarric or
10
     is A HaZard.
11
         4. A TRue copy is in EXHIBIT J
12

13

14

15
     *Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*
16

17       5. I'Ve oPeNed uP MY Home to PeoPle
18   Who the city Has DesTroyed everything.
19   MarK ThompsoN aND FRANK
20       6. It is FreezINg out, AND PeoPle
21   HAVe Nowhere to go
22

23
         7. ON NoVember 10th, I ReceiVed the
24   Attached AbatemeN4 NotiCe. IAV EXHIBIT 13
25   AND Now the city says they will seize it
26   aND Destroy M Life they did MarK ThompsoN
27
28

DECLARATION OF _____ IN SUPPORT OF
_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1  *Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court*
2  *does not intervene*
3
4      8. THey will destroy MY tools, Food
5      Clothing - I'm trying to move Bat my
6      motor Home has issues with its electrical system
7      9. No one is offering Help to move
8      to a New SAFe location - so > 9m
9      stranded and could lose Everything
10      10.
11
12
13
14  *Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are*
15  *foreseeable by the state actor.*
16
17      11. THey said, from Home First , said
18      they would Help fix it (Vanessa Beretta)
19      She Has. Not come No one Has helped but
20      the Police are circling.
21      12.
22
23
24
25
26
27
28

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

*Rec 13-14 : Describe with as much specificity as possible, actions that the state actors have shown deliberate indifference to the dangers you face, or inversely what they have or have not done to mitigate those dangers.*

13. _____

_____

_____

14. _____

_____

_____

*Rec 15-16 : Describe in detail, what form of compensation or lack thereof, the state actor has offered in exchange for taking your property.*

15. TheY  Have  offered  No  Hausing, No  ComPeNSatiON  for  the  seizure  of  MY Home.

_____

16. _____

_____

*Rec 17-18 : Describe in detail, in what ways you are at risk for being arrested because of your status of not having a home – or whether you have been arrested for involuntary acts of survival in the past.*

17. They  could  arrest  Me  for  Being  here  With  MY  motor  Home  Because  I'm  still  trying  to  Move

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1    18._____

2    _____

3    19._____

4    _____

5    _____

6

7    *What else would you like the judge to know*

8        20._____

9    _____

10   _____

11       21._____

12   _____

13   _____

14       22._____

15   _____

16   _____

17

18       23._____

19   _____

20   _____

21       22._____

22   _____

23   _____

24   *Use these lines to add to other questions where you need more space. Label them the*

25   *number the question you are attaching to.*

26   _____

27   _____

28   _____

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21     I declare under penalty of perjury under the laws of the United States that the foregoing is
22     true and correct and that this declaration was executed on *[date]* _____.
23
24                             Signature: _____
25                             Printed name: _____ John  P. Quon? _____
26                             Address: _____
27                             Phone Number: _____
28

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

# W⚠RNING

## THIS VEHICLE MAY BE IN VIOLATION OF THE LAW AND SUBJECT TO REMOVAL AT THE OWNER'S EXPENSE

This vehicle may be in violation of one or more of the following:

☐ A vehicle may not be parked on a public street for more than 72 hours (3 days) without moving (San José Municipal Code 11.36.220). The vehicle may be cited and towed under California Vehicle Code section 22651(k) WITHOUT FURTHER NOTICE.

☐ A vehicle may not be parked in violation of posted rules including being parked for more than 72 hours (3 days) within City owned or operated facilities (California Vehicle Code 21113(a)). The vehicle may be cited and towed under California Vehicle Code section 22669(a) and/or 22651(n) WITHOUT FURTHER NOTICE.

☐ A vehicle may not be abandoned on a public street or other public property (California Vehicle Code section 22523). A vehicle parked and/or left on a public street or public property that is inoperable or is deemed a hazard is considered abandoned and may be removed IMMEDIATELY.

☐ Vehicles may not be driven or parked on a highway, public land, or an off-street parking facility without current registration (California Vehicle Code section 4000a). Vehicles found with a registration expiration date older than six months, and parked or driven on the highway, public land, or an off-street parking facility are subject to IMMEDIATE removal under California Vehicle Code section 22651(o).

Note: Placement of this warning notice is a courtesy and not required under the California Vehicle Code. The absence or removal of the warning does not invalidate any enforcement action (citation or tow.)

## VEHICLE ABATEMENT PROGRAM FREQUENTLY ASKED QUESTIONS

1. **What does this orange warning notice mean?**
   The City of San José received a complaint that the vehicle is being stored or has been abandoned on a public street. We investigate every complaint. As a first step in investigating a vehicle, we place a warning notice on it. We will follow up after 72 hours (three days). If the evidence confirms that the vehicle is in fact being stored for more than 72 hours (three days) or is abandoned, it may be ticketed and/or towed.

2. **Do I need to respond to this warning notice?**
   No – you DO NOT need to call, write, or email the City in response to the warning. However, please make sure the vehicle has current registration, is driven every 72 hours (three days), and is in drivable condition.

3. **How long can a vehicle be parked on the public street?**
   A vehicle cannot be parked on the public street for more than 72 hours (three days) without moving (San José Municipal Code 11.36.220).

4. **Can I park my car on the public street if the vehicle registration is expired?**
   No, vehicles may not be parked on the public street with an expired registration. The vehicle may be ticketed or towed.

5. **How do I make sure my vehicle will not be towed?**
   If you're going to park on a public street, make sure the vehicle doesn't violate any posted parking rules, has current registration on file with the DMV, is in drivable condition, and is driven every 72 hours (three days).

6. **Will the City always provide a warning notice before towing a vehicle?**
   No, the orange warning notice is not required by law and is placed on vehicles as a courtesy.

7. **My car was towed, what do I do?**
   Contact the San José Police Department's Vehicle Records Unit at 408-277-4156 and be prepared to provide your vehicle license plate number.

For more information contact the City of San José (408) 535-3500 or www.sanjoseca.gov

**CITY OF SAN JOSE**
**CAPITAL OF SILICON VALLEY**
200-27A (09/18)

Date / Time of Warning: 11/10/22   1319

Officer: SAVCEDA

Badge #: 4999

Vehicle License #: N/A

☐ Department of Transportation
☑ Police Department

CONTACT

US COURT
District of NORCAL

Gregory "Eugene" Blackwell
195 EAST SAN Fernando
Sun Jose, CA, 95112

| Mark Thompson Et ac | DECLARATION OF |
|---|---|
| | GREGORY BLACKWELL iN |
| V | SuPPoRT of TRo TO |
| CiTY OF SAN Jose etal | SToP DefENDANTS FRom |
| | DESTROYING MY TRailer and |
| | ALL MY worldlY Belongings |

I, Eugene Gregory Blackwell, Declare Under penalty
that I am the plaintil in above matter entitle case
and that information I offer throughout this Applic-
ation is true and correct. I offer this information
application in support of my request to proceed
without being required to prepay the full amount of
fees, cost or give security. I state that because
of my poverty I am unable to pay cost of this
action or give security and I believe that I am
entitled to relief in support of this Application, I
provide this information:

Are you presently employed? No
January 2012 with the Amazht 11.00 An HR 20 hrs a week
In the last 12 months I have recieved 1450.⁰⁰
a month Recycling bottles ¿ can

3. Are you married? N
4 Dou you own or buying yarewn Home? No
5. Do you own A. automobile 1 # Yes
   Is it financed? No     2005 Honda civic
7 Do you have a bank Account? No

I am at risk losing all my personal belonging
that I have to my name. this personal belonging
include but not limited to Items belonging to my
mother whom has past away in Febouery 16, 2022.
Attached in exibit A is a picture of my trailer that I have no
way of mauing at the momint. In 27, B is a picture of the
notice that has been posted.
I declare under penatly of perjury that the Foreg-
going is true and Correct.

November 16, 2022.
Guyyn Eugene Blackell

A



# EXHIBIT B
# WEDNESDAY FROST ADVISORY SAN JOSE



# NATIONAL WEATHER SERVICE

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

**Winter Weather Conditions for the West; Severe Weather Potential for the South on Tuesday**

A strong cold front will track across the Intermountain West today accompanied by strong winds, heavy snow and elevated fire weather conditions for portions of the western High Plains. This storm is forecast to intensify on Tuesday across the Plains. Moisture will quickly advance northward across the middle and lower Mississippi Valley where tornadoes and damaging winds are expected. Read More >

### Current conditions at
**San Jose / Reid / Hillv (KRHV)**
Lat: 37.33333° N    Lon: 121.81667° W    Elev: 135 ft.

Mostly Cloudy

## 48°F
### 9°C

| | |
|---|---|
| Humidity | 66% |
| Wind Speed | N 0 MPH |
| Barometer | 30.04 in (1017.27 mb) |
| Dewpoint | 37°F (3°C) |
| Visibility | 10.00 mi |
| Last update | 27 Nov 09:52 PM PST |

### Detailed forecast for
## Santa Clara Valley Including San Jose

**Today**
Partly cloudy in the morning then becoming sunny. Highs around 60. Northwest winds 5 to 15 mph.

**Tonight**
Mostly clear. Lows in the upper 30s. Northwest winds 5 to 10 mph.

**Tuesday**
Sunny. Patchy frost in the morning. Highs in the upper 50s. Northwest winds 5 to 15 mph.

**Tuesday Night**
Mostly clear. Areas of frost after midnight. Lows in the mid 30s. Northwest winds around 5 mph...becoming southeast after midnight.

**Wednesday**
Partly cloudy in the morning then becoming sunny. Areas of frost in the morning. Highs around 60. South winds 5 to 10 mph.

**Wednesday Night**
Partly cloudy in the evening then becoming mostly cloudy. A chance of rain. Lows in the upper 30s to mid 40s.

**Thursday**
Rain. Highs in the mid 50s.

**Thursday Night**
Mostly cloudy in the evening then becoming partly cloudy. A chance of rain. Lows in the mid 30s to lower 40s.

**Friday**
Partly cloudy. A slight chance of rain. Highs in the mid 50s.

**Friday Night**
Mostly clear in the evening then becoming mostly cloudy. A chance of rain. Lows in the mid to upper 30s.

**Saturday And Saturday Night**
Rain likely. Highs in the mid 50s. Lows in the lower 40s.

**Sunday**
Mostly cloudy. A chance of rain. Highs in the mid 50s.



☐ Forecast Area

**Last Update:**
601 AM PST Mon Nov 28 2022

Forecast Discussion

### Additional Resources

## Radar & Satellite Image




## Hourly Weather Forecast



# EXHIBIT C
## DECLARATIONS OF:
DULCE CHAVEZ
SARAH LEE CUMMINGS,
RYAN HOPE,
ELIJAH CANTU
NICHOLE SCHLOSSER
ROSEMARIE ESTRADA PINEDA,
SOPHIA CARTER HANDS
SAM RUNLES,
JULIO CESAR MAGANA GONZALES,
MIGUEL CRUZ NAJERA
ANDREA NESBIT,
GABRIELLE AGUIRRE
MARIENA ACOSTA
PATRICIA GONZALES
LUCIANO ROSALES
ANTHONY GARZA
GREGORY BLACKWELL

1  Your name: Dulce Chavez

2  Address: Homeless in

3  Columbus Park

4  Phone Number: (408) 824-2286

5  E-mail Address: tate.rzz.tot23@gmail.com

6  mailing address 132 RANCHO DR. #168

7  SAN JOSE CA. 95111

8

9

### UNITED STATES DISTRICT COURT
### ~~SOUTHERN~~ DISTRICT OF CALIFORNIA

10  DULCE CHAVEZ                              ) Case Number: _____

11                                            ) **DECLARATION OF** [name]

12                                            ) DUCE  CHAVES

13           Plaintiff(s),                    ) **IN SUPPORT OF** T.R.O.

14     vs.                                    ) _____

15  City of San Jose                          ) _____

16  VANESSA BERRETTA                          )

17  SANDRA MURILLO                            )

18  SETH TURNER, PAUL PERRERA                 )

19  TUCKER CONSTRUCTION, HOME FIRST           )

20  GYMPHA WASHINGTON   Defendant(s).         )

21

22     I, [name] Dulce  Chavez

23

declare as follows:

24

25  [In the first paragraph, explain who you are and how you are connected to the party or events
relevant to the lawsuit.  If you are the Plaintiff or Defendant, say so here.  If you are a witness,
say how you are involved.]

26      1.   I am Homeless & have been
27           for 8 Years
             living here at Columbus park
28  for 2 years.

DECLARATION OF  DULCE  CHAVEZ  _____  IN SUPPORT OF

T.R.O. & COMPLAINT

CASE NO. _____ ; PAGE __ OF __  [JDC TEMPLATE Rev.2015]

2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

*Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

3. Fifth wheel hitch a big mirror a trek bike im a single Hispanic girl wet living with my boyfriend 4. we have 5 6 dogs, we are homeless, living at Columbus park until further notice.

*Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*

Exhibit A

5. Fifth wheel hitch (to move) oct 22) my trek bike oct 22) Exhibit B Generator oct 22) Exhibit C a big mirror oct 22 EXHIBITD

6. a trailer oct 22) Exhibit E

7.

DECLARATION OF PULCE CHAVEZ we are still living at Columbus park. IN SUPPORT OF TRO & COMPLAINT

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

*Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court does not intervene*

8. a fard a being atrested if i get pulled over cuz i have a warrant afard of loosing

9. my traler amd my track. also afaid at loosing my doy to animal shulttor.

10. and am pregnt amd gettng sick over all stress.

*Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are foreseeable by the state actor.*

11.

12.

DECLARATION OF DULCE CHAVEZ IN SUPPORT OF
TRO, COMPLAINT, DECLARATION
CASE NO. _____ ; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

*Rec 13-14 : Describe with as much specificity as possible, actions that the state actors have shown deliberate indifference to the dangers you face, or inversely what they have or have not done to mitigate those dangers.*

13. Vanessa Beretta & Sandra Murillo Said we could park one trailer but not our second trailer

14. also said we could not have my truck parked at the safe parking.

*Rec 15-16 : Describe in detail, what form of compensation or lack thereof, the state actor has offered in exchange for taking your property.*

15. I was offered a messley $500 GIFT CARD WHICH COULD NOT BE REDEEMED AS CASH & with MAXIMUM PENALTY FEES. MY BELONGINGS

16. ALL TOGETHER COMES TO A VALUE OF $25000 and I would not accept the $500 GIFT CARD COMPARED TO ALL WORTH!!

*Rec 17-18 : Describe in detail, in what ways you are at risk for being arrested because of your status of not having a home – or whether you have been arrested for involuntary acts of survival in the past.*

17. We are always be harass by cops and me having a warrent puts me in risk all the time - as long my home as im settling my case.

DECLARATION OF   DULCE CHAVEZ   IN SUPPORT OF

TRO, COMPLAINT & DECLARATION

CASE NO. _____ ; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

18. _____

19. _____

What else would you like the judge to know

20. they prosimed to help fix ave veplis and to help with tag for me trailers but never helpd

21. thanks to tyke i alredy lost my trailer

22. also being pegrant is also stressing me out so much can take me to roose my boby is i continue

23. stress so much

22. _____

Use these lines to add to other questions where you need more space. Label them the number the question you are attaching to.

DECLARATION OF DLICE CHAVEZ IN SUPPORT OF
TRO, DECLARATION & COMPLAINT
CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *[date]* _____.

Signature: _____

Printed name: Dulce Chavez

Address: Homeless at

Phone Number: Columbus

(486) 824-2286

DECLARATION OF _____ IN SUPPORT OF

_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*





PLEADING TITLE - 12

Contact info

Nichole M. Schlosser
408.413.7135

US COURT
DISTRICT OF NOR CAL

DECLARATION of
Nichole Schlosser
IN SUPPORT OF TRO

Cummings et al

v

City of San Jose

∇ I have lived on Spring Street for about 4 years w/out
any issues. then I was told I had to move it off the
street or they would tow me. so I moved it. then they told me
to move it off Spring Street to a designated area.. then I paid
once again to be moved. and a week went by and they were
at my door harrassing me once again. So Once again I had to
pay to be towed to wear they told me I would be Safe...
Stayed about 2 weeks.. then they came back.. putting Signs
and flyers on and around my RV Saying I had to move..
to the baseball field. So Again I had to pay to tow it
and they came and destroy all my friends) nieghbors tent
w/ everything in it...

so After I moved to base ball diamond field where they told me to put it and it would be safe. the cops were at my rv with tucker saying I had a couple days and it's only temporary. After that I would come home and all my stuff kept getting taken.. little by little. thy took alot of my Expensive stuff. even after they tod me to put Everything underneath. they took it all Also was told they took all my personal info I gave to the housing Futhority and ran a Criminal backround check on my husband And I w/ out my or his Consent!!

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 7

1 | Your name: ROSEMARIE Estrada Pineda

2 | Address: 634 Lewis Rd.

3 | San Jose CA - 95111

4 | Phone Number: 649-331-8665

5 | E-mail Address: rosemarieestradapineda8056@ gmail.com

6

7

8

9 | **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | Cummings o w

12

13 | Plaintiff(s),

14 | vs.

15 | City of San Jose el al

16

17

18

19

20 | Defendant(s).

21

Case Number: _____

**DECLARATION OF** *[name]*

ROSEMARIE ESTRADA PINEDA

**IN SUPPORT OF** TRO & PI

22 | I, *[name]* ROSEMARIE Estrada Pineda

23 | declare as follows:

24

25 | *[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

26

27 | 1.    I am a resident of Santa Clara County

28 | the City of San Jose, @ Columbias Park, Tam Phintf
USA. JIN A tradelor

DECLARATION OF we I am living @ Columbias Park IN SUPPORT OF

Resminding order against the Sun Jose City Dept respite

CASE NO. _____ ; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

2.     I have personal knowledge of all facts stated in this declaration, and if called to

testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

*Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

3. Hi my name is Rosemarie I have children but not with me because Im homeless there is th there Dead & I thought safe. I lived here for 2 yr.

4. I live in a trailer (pull trailer) that was given to me, for taking care of Mark (Dead) plus I have another trailer that was given to me from Angelica.

*Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*

5. They haved destroy my evidence that I have been gathering for my family & freinds + business, + homes. Ive gathered

6. things that I have seen thrown at the cret making it look like a mess. Seeing it came from my Childrens-home. Were

7. they were ranmed sack by people who are doing home Invasions. So I bring them back to my Camp. & here they come & take my stuff from my spot have a permit, notice from Vanessa. All my kids things were gone again.

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

*Rec 8-10 : Describe with as much specificity as possible, the dangers that will result if the court does not intervene*

8. They want to destroy everything I have. My trailer they want to buy for $500.00 but then they
9. destroy it in front of me + the police tell us to leave. to move away. I cant be in my area. or
10. go to jail. Were being punked, threatend by them. they just stand there & look @ us.

*Rec 11-12 : Describe with as much specificity as possible, how the dangers you are facing are foreseeable by the state actor.*

11. If they take me to jail like they have in the past. I come to nothing at all everything gone I have nothing to keep me warm at nights no where to rest my head @ night nowhere to be safe.
12.

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____ ; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

*Rec 13-14 : Describe with as much specificity as possible, actions that the state actors have shown deliberate indifference to the dangers you face, or inversely what they have or have not done to mitigate those dangers.*

13. They have offered me $500.00 for my trailor which is an asoult to me + Jessie Rodriguez + kids. They want to destroy my trailor in front of me.

14. & laugh in my face like they did to my other friends.

*Rec 15-16 : Describe in detail, what form of compensation or lack thereof, the state actor has offered in exchange for taking your property.*

15. Well knows I have no proof of the things I had agianst the workers + police that they have brought out here from our homes.

16. I have seen them bring this stupp out.

*Rec 17-18 : Describe in detail, in what ways you are at risk for being arrested because of your status of not having a home – or whether you have been arrested for involuntary acts of survival in the past.*

17. They are the reason why I don't have a home. Anytime they see me (us) they poull over & arrest us + take us to jail for no reason @ all.

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____ ; PAGE ___ OF ___  [JDC TEMPLATE Rev.2015]

18. _____

_____

19. _____

_____

_____

_____

*What else would you like the judge to know*

20. It's not fair I lived here all my life & I went homeless to see whats going on with my kids + Duds & City. Wether were

21. homeless or have a home. Jessie or Mom was bought. our (he's) home they terrior-us, kids, they treaten us & take everything

22. in our home. now there trying to take our *cars.* my trailor. that belongs to

23. Jessie Rodriguez, even CPS. have threaten us to take our kids. they have sum of our kids. & put our kids in juvi

22. Prison. like they have & want to do me.

_____

*Use these lines to add to other questions where you need more space. Label them the number the question you are attaching to.*

_____

_____

_____

DECLARATION OF _____ IN SUPPORT OF

_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on *[date]* _____

Signature: Rosemarie Estrada Pineda

Printed name: Rosemarie Estrada Pineda

Address: 634 Lewis Rd. San Jose CA.

Phone Number: 669-331-8665

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1  Your name: Sophia Carter Hands

2  Address:_____

3  _____

4  Phone Number: Friends phone  669-977-8879

5  E-mail Address:_____

6

7

8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10  _____ Cummings et al _____ ) Case Number: _____
11  _____ )
                             ) DECLARATION OF [name]
12  _____ )  Sophia Carter Hands
13          Plaintiff(s),    )
                             ) IN SUPPORT OF  TRO : 3 PI
14  vs.                      )
15  _____ City of san Jose et al )  _____
                             )
16  _____ )  _____
17  _____ )
18  _____ )
19  _____ )
20          Defendant(s).    )
21  _____ )

22
      I, [name] Sophia Carter Hands
23
   declare as follows:
24
   [In the first paragraph, explain who you are and how you are connected to the party or events
25  relevant to the lawsuit.  If you are the Plaintiff or Defendant, say so here.  If you are a witness,
    say how you are involved.]
26
      1.   I am a Resident at Guadalupe Dardens
27
   I have lived here for two years
28

   DECLARATION OF _____ IN SUPPORT OF

   _____

   CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

2.    I have personal knowledge of all facts stated in this declaration, and if called to

testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

3. Two Months ago or there about, two City of San Jose Employees tagged My home for 72 Hour Notice To Vacate

4. My Trailer was a Fifth Wheel That Hooks up to a Vehicle. I did Not have a Vehicle to tow it.

5. They told me My options were to have it destroyed, or and seized, or sell it for $500.00 Gift Card

6. I accepted thinking it would be cash, Because I had No choice and was under duress. My trailer was much More important

7. Than a $500. Gift Card. I lost everything I had, Blankets, Clothes, Food, water, Right in The dead of winter.

8. They destroyed three electric scooters that I relied ON for Transportation, as well as My cooking supplies and smoker.

9. I Now Dont Have a Hardsided Shelter with a door I could Lock.

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

[Insert this page if you need extra space. Number each paragraph.]

They didnt offer me any housing or shelter - they just took everything and pretended they were going to help - they said Housing was a "different agency.

I have been struggling with the cold weather, I dont have a place to store clothes and food - I AM living out of my back pack.

I AM KNOWBODYS JUDGE. BUT I did TAKE A GREAT loss OUT HERE including my BELOVED PET CAT, Mousse mousse!! I WAS Trying to do THE RIGHT thing STARTing FROM SCRATCH & ENDED up IN THE END WITH NOTHing AT ALL BARELY THE SHOES THAT HOUSE MY VERY SOUL. IF POSSIBLY TO liKE A SET sonEThing OF VALUE I As RETURN to I CAN START OFF ON THE RIGHT FOOT AND MAKE IT A FEW STEPS FORWARD GETTING KNucked DOWN FE NT SO EASY WHEN THE LAW & ALL AGENCIES STAND Apon my HEAD my heart & my bone. IF there anything I CAN DO to ASSIST iN this crsis I AM AVAliABlE-

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1  ___._____

2  _____

3  ___._____

4  _____

5  _____

6  ___._____

7  _____

8  _____

9  ___._____

10 _____

11 _____

12 _____

13 ___._____

14 _____

15

16   I declare under penalty of perjury under the laws of the United States that the foregoing is

17 true and correct and that this declaration was executed on *[date]* _____.

18

19   Signature: _Sophie Carl Hands,_

20   Printed name: _Sophia Carler Hands._

21   Address: _____

22   Phone Number: _____

23

24

25

26

27

28

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

US COURT
District OF NOR CAL

Cummings et al

v.

city of San Jose

| DECLARATION OF
SAM RUNLES IN SUPPORT
OF TRO AND PRELIMINARY
INJUNCTION

My Name is Sam Runles, on November 18th 2022
the trailer I was living in, in San Jose Ca. The trailer I
was living in was destroyed by the city of San Jose workers.
I Now am further displaced with NO alternative offered,
Nor was any compensation or other options offered

I declare under penalty of perjury that the foregoing is
true and correct & understand that the false statement
herein may result in a dismissal of my claims
11/26/22   Sam Runles

207 PAMELA AVE
SAN JOSE CA, 95116

# US COURT

Cummings et al

✓

City of San Jose

DECLARATION of
ANDREA
NESBIT
IN SUPPORT OF
TRO & PI

I andrea NESBIT DO DECLARE

I have lived in Duadalupe Dardens
for the past five years

I have been Harrassed, Berrated, and
belittled by staff of the City of
San Jose, Primarily Sandra Murillo, officer
Hoopes, Paul Pereira, and vanessa Barretta

Last week, on NOVEMBER 14th the trailer
I was Living in was destroyed by
Vanessa Beretta

Vanessa Beretta Said she would not
work with me on Housing, Bee But
has not Said why.

She egged the CITY workers on NOVEMBER
14th to desTRoy the trailer I was Living
in Because she Has a PersoNaL gradge
against me.

Then they agreed to help my friend
Pull her trailer out. whice moving
it, the CITY BRoke the tRAiler.

Because it was BRoken, Because of
their Negligence, They tlen to SANDRA
MURILLO stated said she would have TO
Sell the trailer Because it would be
CRushed either way.

I've tried being in the tiny Homes but I'm not going to go to tiny Homes until I have a guarantee my trailer and my possessions are in.

I have lived on the streets for 10 years they have constantly been destroying my property They have never stored anything They always DESTROY all your Property.

I declare under the penalty of perjury that I (Andrea Nichole Nesbitt)

US COURT
DISTRICT OF NOR CAL

Cummings etal

v

city of Sanjose

DECLARATION OF
Miguel Cruz NAJERA
IN SuppoRT of TRO & PI

26/11/22

Mis cosas fueron Recojidas y puestas en la Basura
Mientras que ayudaba a mover una trayla de mis
compañeros en cuestion de menos de 15 minutos que
regrese para seguir recogiendo mis cosas como el cual
senegaron a que lo hicieran ahi perdi mi generador
de y otras cosas de balor ya quedando solo com
mi camionta ya estando en el parque de Beysdd
tuve que vender mi camionte para poder comprar
una Trayla ya al tener la traila yo no estaba
en hace movento cual yo venia del baño cuando
miro pasar mi trayla cual iban siguiendo tanto
como trabajadoras y los policias cuando me aserque
y pregunte por que la tomaron y su contestac
respuesta fue me dieron la orden pregunte
quien fue y me mandaron uno a otro entonces les
dije que me dejaran tomar mis cosas cual tambien se
negaron el cual hasi Tomaren destruyeron y Todo
ala Basura cual perdi Herramienta de trabajo mis
cosas que tacaba mi ropa y dinero que tenia
alsado cual hece dia me dejaron sin nada
ni un techo donde dormir sin dinero sin ropa
y mi Herramienta que es mi fuente ingreso para
Sobrevivir cual me acostado demaciado ya que no
puedo hacer mis trabajos no tengo dinero para comprar
nopa el cual en este momento me encuentro debajo
de una carpa pasndo frio

al perder la trayla en cuanto yo les
pregunto cada vez que vienen que paso quien
me responde por mis cosas mi trayla y mi
ropa y mary y siguen en lo mismo ve con
Tal persona y me manda con otra persona
y no me resuelven nada ya que me cueste ag

26/11/22

al perder la trayla en cuanto yo les pregunto

cada vez me mandan con una o otra persona y

Nequiero me resuelve por mis cosasas como la

Trayla ropa y mony y siguen en lo mismo y

no me resuelven nada de mis cosas ya que me

encuentro en esta situaccion en la que no puedo

Tomar Trabajo por mis Brasos que tenga operadas

y manos en la situaccion que tengo mis manos

mi nombre es Miguel Angel cruz ~~Najera~~

Najera

1  Your name: Julio Cesar magaña Gonzalez

2  Address: 195 Est San Fernando

3

4  Phone Number: (408) 767-3884

5  E-mail Address: mr. Gancito @ Gmail. com

6

7

8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

10     Cummings et al            )  Case Number: _____
                                 )
11  _____    )  **DECLARATION OF** *[name]*
                                 )
12  _____    )        Julio Cesar mofman
                                 )
13          Plaintiff(s),        )  **IN SUPPORT OF** TRO & PS
                                 )
14     vs.                       )  _____
                                 )
15     City · of San Jose        )  _____
              et al              )
16  _____    )
                                 )
17  _____    )
                                 )
18  _____    )
                                 )
19  _____    )
                                 )
20          Defendant(s).        )
                                 )
21  _____    )

22     I, *[name]* Julio Cesar magañæ Gonzalez

23  declare as follows:

24
    *[In the first paragraph, explain who you are and how you are connected to the party or events*
25  *relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,*
    *say how you are involved.]*
26
       1.    I am Livin Guadalupe en tin
27
    For 6 montC
28

    DECLARATION OF _____ IN SUPPORT OF

    _____

    CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 10





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE - 8

2.    I have personal knowledge of all facts stated in this declaration, and if called to

testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

3.   a declare thad Stanents a Clodig. Tash attached by my are true a acurate.

4.   Julio Cesar magaña Gonzalez

5. about three Months the city of San Juse destroyed my camp in Duadalupe Gardens.

6. l am a painter, but have lost work because l have a major debilitazing Heroinia. l live in excruciating Pain.

7. in the beginning of the Month Vanessa Beretta said she would have my camp destroyed at the end of the month.

8. lt is now the end of the month. l cannot comply because of my Hernia is to excruciating.

9. Moving my camp could cause more tearing of the Muscles, aNd cause my internal organs to Push out of them

DECLARATION OF _____ Julio Cesar magaña Gonzalez ____ IN SUPPORT OF ____ restining order aaginst the ____

CASE NO. City of San Jose; PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]

1  destroying my camp, with my sleeping
2  Bags, food, clothing will put my life
3  IN DANGER. Straining my hernia
4  could cause Permanent INJURY.

16  I declare under penalty of perjury under the laws of the United States that the foregoing is
17  true and correct and that this declaration was executed on *[date]* November 26

19  Signature: Julio Cesar magaña Gonzalez
20  Printed name: (408) 767 - 3884
21  Address: 195 San Fernando St. 2
22  Phone Number: _____

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

Gabriella Aguirre
Columbus Park.
669 290 0540 or 408 640 0141
jewdadman1@gmail.com

mailing Address
2726 Millbrae Way
San Jose Ca 95121

United States District Court
Southern District of California

Gabriella Aguirre
(Plaintiff(s)

Case Number
Declaration of [name]

vs.

City of San Jose
Defendant(s)

In support of

I (name) Gabriella Aguirre declare as follow:

[In the first paragraph, explain who you are and how you are
connected to the party or events relevant to the lawsuit. If you
are the Plaintiff or Defendant, say so here. If you are a witness
say how you are involved.]

I am plaintiff a resident of the Columbus Park homeless
community that has had my living quarters destroyed by the
City of San Jose on. Tues. Nov. 15th at 1:57 pm. (video & photo attached.
Declaration of                          In support of

On Nov. 15, 2022 at approximately 1:57pm. My Trailer, where I lived in in an atempt to protect myself from the cold, was destroyed. after the city attempted to relocate the trailer from the baseball field to the Spring Street and Ashbven. This was to be a new location that the city assigned to us even though the flatbed that was used to move the trailer did not had current tags. Due to monetary issues. During this moved the city game me a little less than 1.5hrs to get as much esto of my belongings as I could but at the same time they were trying to convince me to just let go. The trailer got destroyed evean in my precense. The previous week the city had also came and threw away belongings (personal) that were packed in Plastic bins with lids that did not looked like garbage. in those containers I had my wallet with my ID's, ss# card, birth certificates Important paperwork. Making it hard now to acquired any type of Identification. I was under the impresion that personal pelongings were gona be stored by the city up to 60 days. The day my personal bebongings got thrown out officer hoopes kept on raising his voice at me ordering me to get what I needed away or it was gonna be thrown out. I had also 1 big bag off Dog food in two containers with 60 packages of wet dog food. that got thrown out. with out any form of replacing. after all of my belongings being trashed. further more on previous occacions when moved from each of the zones from Zone 1 to Zone 3 I have lost so many personal items I have lost a puppy less than 6months old that got spooked by the bulldoser and ran away from

my camp disoriented and end up running into the street getting hit by a minivan that took off with out checking if she was ok. Dying at the pet hospital due to internal bleeding. Leading a Nervous break down the same day. On the move from zone 2 to zone 3 I had the stuff I was gonna keep in different moving devices (dollies) carts, And simple dollies I stated more then once that anything with wheels needed not to be moved but everything else could be thrown out. instead everything on wheels was being trashed in the causing a second nervous breakdown since in one of those bins I had placed my key to a 2000 Nissan Altima I owned at the time. which replacing it cost $250 since it was a chipped key. On the same keychain I also had the chip key of my daughter 07 Honda Civic which cost me $275 to replace. And the locks I had to replace since the keys were on the same keychain. On the move from zone 3 to Columbus park I had a working Generator of 2500 watts that powered 5 different camps. in order to keep warm, charged phones and flashlights, even though it was in good condition it was lost in the process of the abandment. On November 15th 2022 I was not the only one displaced by my trailer being destroyed there was 3 other people living there staying away from the cold. And a family of cats whom consider my trailer their home even though they were stray animals they were staying there.

I here by that the forthgoing is truth under the pledge of purgery.

~~signature~~    11/26/2022

1  Your name: Mariena Acosta

2  Address:

3  Columbus Park

4  Phone Number: 1069-243-7869

5  E-mail Address: MrsGeeluv@gmail.com

6

7

8

9  **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

10  Mariena Acosta                ) Case Number: _____

11  _____              )
                                 ) **DECLARATION OF** *[name]*
12  _____              )
                                 ) _____
13         Plaintiff(s),         )
                                 ) **IN SUPPORT OF** _____
14  vs.                          )
                                 ) _____
15  City Of Sandose              )
                                 ) _____
16  _____              )
                                 ) _____
17  _____              )
                                 )
18  _____              )
                                 )
19  _____              )
                                 )
20         Defendant(s).         )
21  _____              )

22  I, *[name]* Mariena Acosta

23  declare as follows:

24

25  *[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

26

27         1.    I am  Plaintiff

28  _____

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

3. Sep 15, 2022 Ive been out her since Jan 2019 My Flatbed was destroyed with all my belongings in transition

4. to My New place through Rapid Rehousing they Offered Me 500 for My Flat bed and

5. all its contence witch had My Clothing Jewlery, My Grandmas Ashes and other

6. Things that are iraplacable they way they went about

7. Things Using there authority to destroy are belonyings withut giving us a chance to Make arrangement

8. they were Ride and very disrespectful Because were homless total disregard for Respect It hurts

9. Yes were homless But were human and deserve respect Not All homless Are Bad yes there is the Bad apples But how does that is that Right

DECLARATION OF _____ IN SUPPORT OF
_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

*[Insert this page if you need extra space. Number each paragraph.]*

for the police to treat us like Animals hoard us wherever they want destroying and or taking whatever they want. Why is it okay for them to get away with the things they do when if it was us taking or destroying there belongings we would be arrested or charged with a felony my grandmas ashes I could never get back and that is a pain I've got to continue to carry why is that okay I had to find out when I returned to finish Maxing they took upon themselves to take my things I just hope more resources more employment a chance too get off the street.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16    I declare under penalty of perjury under the laws of the United States that the foregoing is

17  true and correct and that this declaration was executed on *[date]* _____.

18

19

20                            Signature: _____

21                            Printed name: _____

22                            Address: _____

23                            Phone Number: _____

24

25

26

27

28

DECLARATION OF _____ IN SUPPORT OF

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

Patricia Gonzalez
Columbus Park
(669) 328-1140
Pattyg198940 @ gmail..com

United States District Court
Southern District Of California

Patricia Gonzalez
   (Plantiff)                          Case#
       VS                         Declaration of
City of Sanjose                        (name)
   (Defendant)
                              in Support of

I PAtricia Gonzalez
Resident Of Columbus pARK/
Guadalupe gARDen

I Am wanting to have a
Complaint to Restrain the City of
San jose, CertAin Organizations
like Lifemoves, Homefirst Because
Of harrasment/ Forcing us out
& also as well telling us to
Please leave Or else we will
be Demolished. RV's, Vans, Cars.

I would like for you to
take this matter into Consideration
& Stop them from to force them-
selves.

I Declare Under Perjury Under
the laws of the United States
that the Foregoing is true/
Correct and that this Declaration
was executed on NOV, 26, 22

Patricia Gonzalez

Your name: Luciano Rosales

Address: 428 S. King RD.

San jose, Ca. 95116

Phone Number: 408) 771-2089

E-mail Address: N/A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case Number: _____

DECLARATION OF *[name]*
Luciano Rosales

Plaintiff(s)
Luciano Rosales

vs.

City of San jose.

IN SUPPORT OF TRO & PX

Defendant(s).

I, *[name]* Luciano Rosales

declare as follows:

*[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

1. I am a Resident @ Columbus Park / Guadalupe gardens.

DECLARATION OF _____ IN SUPPORT OF _____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

2.      I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

3. I have Been Out @ Columbus PARK since June 1st 2019 @ the begining everything was OK Until

4. months later, we were Posted to move a 72 Hr notice so moved our RV. to the end of the field we

5. were there for awhile til we were posted again w/ a 72 Hr. noticed

6. then they started harrassing the city of San Jose was being bothered always to sell the RV for 500.00 GiftCard / no cash

7. was offered But I have lost alot of things my van was towed w/ no permission it was

8. Forced. I have been Dealing w/ Depression / and anxiety / & can't sleep (sleeping problems.

9. I've lost my whole life as it seems) because of the harrassing & always Bothering me.

DECLARATION OF _____ IN SUPPORT OF
_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1    *[Insert this page if you need extra space. Number each paragraph.]*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16   I declare under penalty of perjury under the laws of the United States that the foregoing is

17   true and correct and that this declaration was executed on *[date]* _____

18

19   Signature: Luciano Rosales

20   Printed name: Luciano Rosales

21   Address: 428 S. King Rd.

22   San Jose, Ca. 95116

     Phone Number:

23   (408) 771-2089

24

25

26

27

28

DECLARATION OF _____ IN SUPPORT OF

_____

CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1  Your name: _Anthony Garza_

2  Address:_____

3  ___Columbus Park_____

4  Phone Number:__669-302-9151____

5  E-mail Address: _antgee283@gmail.com_

6

7

8

9  ## UNITED STATES DISTRICT COURT
   ## SOUTHERN DISTRICT OF CALIFORNIA

10  _Anthony Garza_____                  )   Case Number: _____
11                                         )
12  _____              )   **DECLARATION OF** *[name]*
                                           )
13           Plaintiff(s),                 )   _____
                                           )
14      vs.                                )   **IN SUPPORT OF** _____
15  _City of San Jose_____                 )
                                           )   _____
16  _____              )
                                           )   _____
17  _____              )
18  _____              )
19  _____              )
20          Defendant(s).                  )
21                                         )

22      I, *[name]* ____Anthony Garza_____

23  declare as follows:

24

25  *[In the first paragraph, explain who you are and how you are connected to the party or events*
   *relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,*
26  *say how you are involved.]*

27      1.    I am ____plaintiff_____

28  _____

DECLARATION OF _____ IN SUPPORT OF
_____
CASE NO. _____; PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

*[Write each fact in a separate paragraph. You may only write about facts or occurrences that you have personal knowledge of or that you personally witnessed. Explain how you know each fact. If you have documents that support your argument, you may attach them to this declaration. Using a separate paragraph and separate exhibit letter for each document. Explain what the document is and how you know what it is. Example: "3. Attached as Exhibit A is a copy of a letter that I received from [name] on [date] [by mail]."]*

*Rec 3-4: Describe yourself, how long you have lived here, and the domicile you inhabit.*

3. My name is Anthony Garza and I am a veteran that was promised housing since moving to Columbus park from the "Field". I have been

4. in this "Field" and Columbus park since December of last year 2021.

*Rec 5-7: Describe property destruction you have witnessed with specificity, attach photos.*

5. On November 2nd 2022, the City threw my belongings away in a Garbage truck wich included my 6 man tent, my clothes, my bluetooth speaker, and my

6. cell phone, and my bicycle.

7.

DECLARATION OF _____ IN SUPPORT OF
_____

CASE NO. _____; PAGE ___ OF ___ *[JDC TEMPLATE Rev.2015]*

408-768-3694

US Court

Cummings & al

DECLARATION OF
GREGORY BLACKWELL
IN SUPPORT OF TRO

City of SAN Jose et al

On November 23 2022 I had an accident that left me with a foot injury. I have tried to work with the injury, however it started to get worst I have been told to let it rest for a couple of days and stay off it.

I witnessed the police officer and city worker interfer with the process of the motion the morning of November 2022 and have been hesitant to go further due to fear of retaliation from both parties. During this sweep/clean-up I have lost medication and important documents that have been trashed by the city worker with this hostile type of behavior toward me and my peers. I have not refilled my medication for P.t.s.D. Thyroid, and Asthma due to the presure and stress inferred through this situation. I am constently in fear of my late mothers belongings as well as my own being take and was trashed while I'm away. After seeing them act the way they did to the Herd Helper. on November 2022 I don't trust

them to do the right things by way of us. (Me and
my peers. IF they will display hostile behaviors towards
an Outsider trying to help them what will they do to us?
Attached is a picture of my Post and a pic of trailer.


Gregory Eugene Blackwell
November 26, 2022

SairaRook@gmail.com
(408) 440 9484
1442 Pomona Ave.   (mailing only)
SanJose, CA 95110

US Court

Cummings et al
Gonzales
v.
City of San Jose

DECCLARATION  SARAH LEE Cummings
to Destruction of her mini van
while she goes to detox

NOVEM 26

I, Sarah Lee Cummings Do Declare
I live at Gaudalupe Gardens on Spring
and Taylor in My Silver Chrysler Town
& Country Mini Van. All My important belongings
food, water, and important paper work are stored in
my Van. I leave for Detox Sunday November 27,
2022. I cannot bring My Van with Me to
the property. I'll be gone 1 month. I'm
afraid it will be seized while Im away.
I've no other place to park My Van and
no whereelse to live when I return from
Detox, Mariposa Detox in San Jose, CA.
My mailing address is 1442 Pomona Ave
SanJose, CA 95110. There is a picture in exibit (A)
of My Property INSIDE and OUT.
My Mother Annette M. Diaz Nagatani
has permision to Speak to any one if need.

I declare under foregoing Under pentalty of Purgery is True.

Nov 26,2022   Sarah Lee Cummings





PLEADING TITLE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 3





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEADING TITLE - 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 13

1  Your name: Ryan Hope
2  Address: Homeless (columbus Park)
3
4  Phone Number: 404 524 - 2256
5  E-mail Address: tate.522.tet23@gmail.com
6
7
8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10  Ryan Hope                        ) Case Number: _____
                                     )
11  _____        ) **DECLARATION OF** *[name]*
                                     ) Ryan Hope
12              Plaintiff(s),        ) **IN SUPPORT OF** TRO, Complaint
                                     ) & Declaration.
13                                   )
14      vs.   City of San Jose       )
15  Sandra Murillo                   )
16  Tucker Construction              )
17  Seth Turner                      )
18  Vanessa Beretta                  )
19  PAUL PERREIRA                    )
20         Defendant(s).             )
21  Home First                      )

22      I, *[name]* Ryan Hope

23  declare as follows:

24  *[In the first paragraph, explain who you are and how you are connected to the party or events
25  relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness,
    say how you are involved.]*
26
27      1.   I am homeless for 5+ years &
28  living at columbus park for 2+ years.

DECLARATION OF Ryan Hope,                    IN SUPPORT OF
TRO & Complaint & Declaration
CASE NO. _____; PAGE 1 OF 4 *[JDC TEMPLATE Rev.2015]*

1       2.    I have personal knowledge of all facts stated in this declaration, and if called to

2  testify, I could and would testify competently thereto.

3  *[Write each fact in a separate paragraph. You may only write about facts or occurrences that*
*you have personal knowledge of or that you personally witnessed. Explain how you know each*
4  *fact. If you have documents that support your argument, you may attach them to this declaration.*
*Using a separate paragraph and separate exhibit letter for each document. Explain what the*
5  *document is and how you know what it is.  Example: "3. Attached as Exhibit A is a copy of a*
*letter that I received from [name] on [date] [by mail]."]*

7  3. Fifth wheel hitch (to help move) Oct '22

8  Mini Pocket bike, Oct. "22

9  Extension cord. Oct. '22

10  4. Generator Oct '22

11  Dog Crate Oct '22

12  Dog food Container Oct, '22

13  5. Dog bed Oct. '22

14  Threats of taking my "non-op" '99 Chevy

15  2500,

16  6. Cage & tarp outside my spot.

17  My girl friends old trailer.

19
20  7.

25
26  9. I am still living here with threats
27  of being evicted.

DECLARATION OF Ryan Hope _____ IN SUPPORT OF
TRO & Complaint & Declaration
CASE NO. _____ ; PAGE 2 OF 1 *[JDC TEMPLATE Rev.2015]*

*[Insert this page if you need extra space. Number each paragraph.]*

1   When "Safe Parking" was
2   offered by Sandra Murillo & Vanessa
3   Beretta they said we could park
4   one trailer, (I've got two trailers,)
5   & one car. My girlfriend has
6   a truck we need to move our trailers,)
7   & own a car & a "non-op" truck.
8   They told me I had to move
9   my truck or sell it to them,
10  otherwise it would be towed.
11  And that we could "park safely"
12  across the street, but bring only
13  one trailer & one vehicle.
14  Without reason of why we couldn't
15  bring our other trailer or vehicles.

16  We were offered a $500 measley
17  gift card in exchange for my "non-op"
18  truck & my second trailer.
19  My truck alone cost me $5,000
20  When I bought it. My second trailer
21  cost me $10,000 (in payments)
22  So why would I settle for
23  a $500 GIFT CARD.

DECLARATION OF ___Ryan Hepe___ IN SUPPORT OF
___TPO & Complaint & Declaration___
CASE NO. _____; PAGE 3 OF 4 *[JDC TEMPLATE Rev.2015]*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16    I declare under penalty of perjury under the laws of the United States that the foregoing is

17   true and correct and that this declaration was executed on *[date]* 11/26/22 .

18

19                  Signature: Ryan D Hope

20                  Printed name: Ryan Hope

21                  Address: Hemeless

22                  Phone Number: 406 829 - 7746

23

24

25

26

27

28

DECLARATION OF Ryan Hope IN SUPPORT OF
TRO & Complaint & Declaration
CASE NO. _____; PAGE 4 OF 4 [*JDC TEMPLATE Rev.2015*]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PLEADING TITLE - 1

669-230-9296

# UNITED STATES COURT
## DISTRICT OF NORTHERN CALIFORNIA

Cummings et al

v

City of San Jose ca

DECLARATION
OF
ELIJAH
CANTU
IN SUPPORT

I ELIJAH CANTU DO declare

I am 18 Years old and have lived at Deadalupe Dardens the last Year.

I live in dist trailer - it is currently being worked on, MY UNCLe and I are RePLacing the ENGINE AND we Need time to Fix it. [EXHIBIT

ON November 10th OFFicer CINBerg Posted the attached Notice IN EXHIBIT B

I have no where else to live but heree and me and my uncle are working on it. its MY ONLY place to shield from the Rain -

It has our family Heirlooms, clothes, food. My uncle is a Veteran and Marine and Im worried about his health and he is recovery shoulder injury.

I have all my things and no once has offered anything to compensate such a loss

I have witnessed San Jose officials destroy Peoples precious property- Generators, Bikes, Mator homes - everything

They destroyed my Power Washers that I was using to start a power washing and my bike that my dad gave me.

I declare the foregoing under penalty of Perjury, ELijAh CANto

# WARNING

## THIS VEHICLE MAY BE IN VIOLATION OF THE LAW AND SUBJECT TO REMOVAL AT THE OWNER'S EXPENSE

This vehicle may be in violation of one or more of the following:

- ☐ A vehicle may not be parked on a public street for more than 72 hours (3 days) without moving (San José Municipal Code 11.36.220). The vehicle may be cited and towed under California Vehicle Code section 22651(k) **WITHOUT FURTHER NOTICE**.

- ☐ A vehicle may not be parked in violation of posted rules including being parked for more than 72 hours (3 days) within City owned or operated facilities (California Vehicle Code 21113(a)). The vehicle may be cited and towed under California Vehicle Code section 22669(a) and/or 22651(n) **WITHOUT FURTHER NOTICE**.

- ☐ A vehicle may not be abandoned on a public street or other public property (California Vehicle Code section 22523). A vehicle parked and/or left on a public street or public property that is inoperable or is deemed a hazard is considered abandoned and may be removed **IMMEDIATELY**.

- ☐ Vehicles may not be driven or parked on a highway, public land, or an off-street parking facility without current registration (California Vehicle Code section 4000a). Vehicles found with a registration expiration date older than six months, and parked or driven on the highway, public land, or an off-street parking facility are subject to **IMMEDIATE** removal under California Vehicle Code Section 22651(o).

**Note: Placement of this warning notice is a courtesy and not required under the California Vehicle Code. The absence or removal of the warning does not invalidate any enforcement action (citation or tow.)**

### VEHICLE ABATEMENT PROGRAM FREQUENTLY ASKED QUESTIONS

1. **What does this orange warning notice mean?**
   The City of San José received a complaint that the vehicle is being stored or has been abandoned on a public street. We investigate every complaint. As a first step in investigating a vehicle, we place a warning notice on it. We will follow up after 72 hours (three days). If the evidence confirms that the vehicle is in fact being stored for more than 72 hours (three days) or is abandoned, it may be ticketed and/or towed.

2. **Do I need to respond to this warning notice?**
   No – you DO NOT need to call, write, or email the City in response to the warning. However, please make sure the vehicle has current registration, is driven every 72 hours (three days), and is in drivable condition.

3. **How long can a vehicle be parked on the public street?**
   A vehicle cannot be parked on the public street for more than 72 hours (three days) without moving (San José Municipal Code 11.36.220).

4. **Can I park my car on the public street if the vehicle registration is expired?**
   No, vehicles may not be parked on the public street with an expired registration. The vehicle may be ticketed or towed.

5. **How do I make sure my vehicle will not be towed?**
   If you're going to park on a public street, make sure the vehicle doesn't violate any posted parking rules, has current registration on file with the DMV, is in drivable condition, and is driven every 72 hours **(three days)**.

6. **Will the City always provide a warning notice before towing a vehicle?**
   No, the orange warning notice is not required by law and is placed on vehicles as a courtesy.

7. **My car was towed, what do I do?**
   Contact the San José Police Department's Vehicle Records Unit at 408-277-4156 and be prepared to provide your vehicle license plate number.

For more information contact the City of San José (408) 535-3500 or www.sanjoseca.gov

---

**CITY OF SAN JOSE**
CAPITAL OF SILICON VALLEY
200-27A (09/18)

Date / Time of Warning: 11/18/22 1297    Vehicle License #: N/A

Officer: CENBERG    Badge #: 4976

☐ Department of Transportation
☐ Police Department

# ADVERTENCIA

## ESTE VEHÍCULO PUEDE ESTAR EN VIOLACIÓN DE LA LEY Y SUJETO A LA REMOCIÓN A CARGO DEL PROPIETARIO

Este vehículo puede estar en violación de uno o más de los siguientes:

- [ ] Un vehículo no puede estacionarse en una calle pública por más de 72 horas (3 días) sin moverse (Código Municipal de San José 11.36.220). El vehículo puede ser citado y remolcado bajo la sección 22651(k) del Código de Vehículos de California **SIN MÁS AVISO**.

- [ ] No se puede estacionar un vehículo en violación de las normas publicadas, incluido el estacionamiento durante más de 72 horas (3 días) dentro de las instalaciones de propiedad u operadas por la Ciudad (Código de Vehículos de California 21113(a)). El vehículo puede ser citado y remolcado bajo la sección 22669(a) y/o 22651(n) del Código de Vehículos de California **SIN MÁS AVISO**.

- [ ] Un vehículo no puede ser abandonado en una calle pública u otra propiedad pública (Código de Vehículos de California sección 22523). Un vehículo estacionado y/o dejado en una calle pública o propiedad pública que no funciona o que se considera un peligro se considera abandonado y puede ser removido **INMEDIATAMENTE**.

- [ ] Los vehículos no pueden ser conducidos o estacionados en una carretera, terreno público o una instalación de estacionamiento fuera de la calle sin registro actual (Código de Vehículos de California, sección 4000a). Los vehículos que se encuentren con una fecha de vencimiento superior a los seis meses, estacionados o conducidos en la carretera, terrenos públicos o un estacionamiento fuera de la vía pública están sujetos a la remoción **INMEDIATA** bajo la Sección 22651(o) del Código de Vehículos de California.

Para obtener más información, comuníquese con la Ciudad de San José (408) 535-3500 o www.sanjoseca.gov

# CẢNH BÁO

## CHIẾC XE NÀY CÓ THỂ ĐÃ PHẠM LUẬT VÀ PHẢI BỊ KÉO ĐI MÀ CHỦ XE PHẢI CHỊU MỌI CHI PHÍ

Chiếc xe này có thể đã phạm một hoặc nhiều điều luật sau đây:

- [ ] Xe không được đậu yên một chỗ trên đường phố quá 72 giờ (3 ngày) mà không dời đi nơi khác (Bộ Luật Đô Thị San José 11.36.220). Chiếc xe có thể bị gắn giấy đòi hầu tòa và kéo đi chiếu theo Bộ Luật Xe Cộ California phần 22651(k) **MÀ KHÔNG CẦN PHẢI THÔNG BÁO THÊM.**

- [ ] Chiếc xe không được đậu tại chỗ có vi phạm đến các luật hành chính và quy tắc đăng bao gồm đậu quá 72 giờ (3 ngày) trong phạm vi các cơ sở của hoặc được điều hành bởi Thành Phố (Bộ Luật Xe Cộ California 21113 (a)). Chiếc xe có thể bị gắn giấy đòi hầu tòa và kéo đi chiếu theo Bộ Luật Xe Cộ California phần 22669(a) **MÀ KHÔNG CẦN PHẢI THÔNG BÁO THÊM.**

- [ ] Không được bỏ phế xe trên đường phố công cộng hoặc tài sản công cộng khác (Bộ Luật Xe Cộ California 22523). Xe đậu và/hoặc bị bỏ lại trên đường phố công cộng hoặc tài sản công cộng mà bị hư không chạy được hoặc cho là mối nguy được coi là bỏ phế và có thể bị kéo đi **NGAY LẬP TỨC.**

- [ ] Không được lái những chiếc xe hoặc đậu trên xa lộ, vùng đất công cộng, hoặc các chỗ đậu xe ngoài đường mà không có giấy đăng bộ hiện hành (Bộ Luật Xe Cộ California phần 4000a). Những chiếc xe có ngày đăng ký đã hết hạn quá sáu tháng, và được đậu hoặc lái trên xa lộ, vùng đất công cộng, hoặc chỗ đậu xe ngoài đường phố phải bị kéo đi **NGAY LẬP TỨC** chiếu theo Bộ Luật Xe Cộ California phần 22651(o).

Để biết thêm thông tin xin liên lạc với Thành Phố San José tại số (408) 535-3500 hoặc là www.sanjoseca.gov